**EXHIBIT "B"**



Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T   877-HERO-CAT (877-437-6228)
E   help@copycatlegal.com

FRE 408 SETTLEMENT COMMUNICATION

July 7, 2023

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL**
**(**support@vegasfoodandfun.com; guestrelations@circuscircus.com**)**

Circus Circus Hotel & Casino d/b/a The          Vegas Food & Fun
Steak House                                      848 N. Rainbow Blvd #735
Attn: General Counsel                            Las Vegas, NV 89107
2880 Las Vegas Blvd South
Las Vegas, NV 89109

**RE:    *Prepared Food Photos, Inc. v. Circus Circus LV, LLC and Vegas Food & Fun***

Dear Sir or Madam:

This law firm represents Prepared Food Photos, Inc.  Our client is in the business of licensing high-end, professional photographs for the food industry.  Through its website (www.preparedfoodphotos.com), our client offers a monthly subscription service which provides access to/license of tens of thousands of professional images.  The rights associated with these images are exclusively owned by our client, and it has spent countless hours and substantial monies in building a business that relies on such exclusive subscription service.  The unauthorized use of our client's work deprives our client of much-needed income and forces our client to incur substantial costs (monetary and time) in identifying violators and enforcing its rights.

In 1999, our client created a photograph titled "TurkeyWhole014" (the "Work").  A copy of      the      Work      is      exhibited      below:



The Work was registered by our client with the Register of Copyrights on August 05, 2016 and was assigned Registration No. VA 2-012-581. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

To our knowledge, our client **_did not_** authorize you or your company to use and/or display the foregoing photograph(s). Notwithstanding this lack of authorization, our client has identified the subject photograph(s) currently published by Vegas Food & Fun for commercial purposes (https://vegasfoodandfun.com/circus-circus-steakhouse/):



A true and correct copy of the screenshot(s) from Vegas Food & Fun's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

If our client is mistaken or if you believe the photograph(s) was previously licensed through our client or some other party, please contact us immediately with evidence of the prior licensing. If we do not hear from you **_within fourteen (14) days from the date of this letter_**, we will be forced

to assume that the photograph(s) was ***not*** properly licensed and will take appropriate legal action to enforce our client's rights.

If the above-described use of our client's photograph(s) was not properly licensed, please understand that such unauthorized use may constitute federal copyright infringement under 17 U.S.C. § 501. In such event, I encourage you to discuss the foregoing with your attorney and/or your insurance carrier as copyright infringement is a serious matter that potentially exposes you to substantial damages/attorneys' fees if we are forced to file a lawsuit on behalf of our client. Keep in mind that attorneys' fees include those you will be forced to incur to mount a defense (if any) ***and*** potentially the attorneys' fees/costs we will incur to pursue the matter (which may be awarded) if our client prevails in court. It is important that you are cognizant of that exposure in deciding how to respond to this letter. Assuming our client prevails in court, 17 U.S.C. § 504(c)(1) provides our client the right to recover statutory damages (<u>for ***each work*** that was infringed</u>) "in a sum of not less than $750 or more than $30,000 as the court considers just." Further, if the infringement was committed "willfully," the court may increase the award of statutory damages (for ***each work*** that was infringed) "to a sum of not more than $150,000."

Courts in the Eleventh Circuit (which covers Florida,[1] Georgia, and Alabama) have not hesitated (where appropriate) to impose substantial statutory damages against copyright infringers. <u>See, e.g.</u> <u>Reiffer v. World Views LLC</u>, No. 6:20-cv-786-RBD-GJK, 2021 U.S. Dist. LEXIS 38860, at *11 (M.D. Fla. Mar. 1, 2021) (awarding $45,000.00 where a ***single*** photograph of Dubai's cityscape was infringed); <u>Corson v. Gregory Charles Interiors, LLC</u>, No. 9:19-cv-81445, 2020 U.S. Dist. LEXIS 142932, at *14 (S.D. Fla. Aug. 7, 2020) (awarding $57,600.00 where a ***single*** photograph was infringed); <u>CCA & B, LLC v. Toy</u>, No. 1:19-CV-01851-JPB, 2020 U.S. Dist. LEXIS 248303, at *17 (N.D. Ga. Dec. 14, 2020) (awarding $30,000 for sale of counterfeit goods that infringed plaintiff's copyright). Please keep in mind both that the facts of these cases may be different than those here (thus militating in favor of a higher or lower award here) and that the above amounts do not account for attorneys' fees which are also recoverable under the Copyright Act.

Please note that Section 504 of the Copyright Act provides for the recovery of statutory damages (as explained above) or (at our client's election) actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Of course, if forced to litigate this matter, we will fully explore the damages issue and make an election that is most beneficial to our client.

---

[1] Our client is a Florida corporation with its principal place of business in Florida. Our client viewed the subject photograph(s) in Florida and, if forced to file a lawsuit, would proceed by filing in the United States District Court for the Southern District of Florida. <u>See, e.g.</u> <u>Vallejo v. Narcos Prods., LLC</u>, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019) ("Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state. Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida."); <u>Venus Fashion, Inc. v. Changchun Chengji Tech. Co.</u>, No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless of where the offensive material was posted.") (collecting cases).

While this is a serious matter, it is not particularly complex. The subject photograph(s) was either properly licensed or it was not.  If it was, you should notify us immediately of such licensing so that we may inform our client of such.  If it was not properly licensed, then the utilization of our client's work(s) without proper authorization constitutes copyright infringement.  In that case, we will either resolve this issue in court (allowing a court to decide the matter) or privately between the parties.  If the subject use was not authorized, our client hereby makes the following demand:

> ***You shall pay Thirty Thousand Dollars ($30,000.00) within twenty-one (21) days of the date first written above and shall immediately cease and desist from any further use of our client's work(s)***.

Please contact us within the above-stated period to either provide evidence of licensing or to arrange for payment. If confirmation of a license or payment is received as described above, we will forego the filing of a lawsuit. Otherwise, please be aware that our client does not shy away from enforcing his rights in court. It has done so many times before and secured awards commensurate with the above examples. See, e.g. Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. v. Patriot Fine Foods LLC, Case No. 9:21-cv-92129-DMM (S.D. Fla. 3/22/2022) (awarding $26,001.00 where *single* photograph was infringed for a period of approximately four months); Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. v. 193 Corp. d/b/a Bella Lukes, Case No. 1:22-cv-03832 (N.D. Ill. 9/21/2022) (awarding $36,491.00 where *single* photograph was infringed for a period of three years).

As stated above, the facts and circumstances of each case are different.  However, you should know that "[s]tatutory damages serve the dual purposes of compensation and deterrence: they compensate the plaintiff for the infringement of its copyrights; and they deter future infringements by punishing the defendant for its actions." Broad. Music, Inc. v. George Moore Enters., Inc., 184 F. Supp. 3d 166, 171-72 (W.D. Pa. Apr. 25, 2016).  To further the punitive/deterrent nature of statutory damages, courts generally award plaintiffs "statutory damages of ***between three and five times the cost of the licensing fees*** the defendant would have paid."  See Broad. Music, Inc. v. Prana Hosp'y, Inc., 158 F. Supp. 3d 184, 199 (S.D.N.Y. 2016); see also Joe Hand Promotions, Inc. v. Alburl, No. 5:18-cv-1935-LCB, 2020 U.S. Dist. LEXIS 29309, at *16-17 (N.D. Ala. Feb. 20, 2020) ("Courts have generally upheld awards of three times the amount of the proper licensing fee as an appropriate sanction to ensure that the cost of violating the copyright laws is substantially greater than the cost of complying with them."); Broad. Music, Inc. v. N. Lights, Inc., 555 F. Supp. 2d 328, 332 (N.D.N.Y. 2008) ("[T]o put infringers on notice that it costs less to obey the copyright laws than to violate them, a statutory damage award should significantly exceed the amount of unpaid license fees.  As such, courts often impose statutory damages in an amount more than double unpaid licensing fees where the infringement was not innocent.").

Using the above cases as a guide, please keep in mind that our client exclusively operates on a subscription basis.  This means that access to one (1) photograph costs the same as access to the entire library of photographs.  Our client makes its library available for $999.00 per month (https://preparedfoodphotos.com/featured-subscriptions/) with a minimum subscription of twelve (12) months https://preparedfoodphotos.com/terms.of.use.php.  Thus, irrespective of how long you

utilized the subject photograph, the ***minimum*** license fee that would have been owed is $11,988.00 ($999.00 x 12 months).

Consistent with the above legal authority, we believe a 3x multiplier (as punishment/deterrent effect) is appropriate, resulting in statutory damages of $35,964.00 (***for each annualized licensing period***). If your display of the aforementioned Work was for more than 1 year, then ***each month*** thereafter would increase our client's actual damages by $999.00 which, when trebled, would result in additional statutory damages of $2,997.00. Note that the above does not take into account any award of costs or prevailing party attorneys' fees).

Further, you should provide a copy of this letter to your general liability insurance carrier (if one exists), notify them of our client's demand, disclose the identity of such insurer to us, and provide a copy of the subject insurance policy to us. If you believe we are mistaken as to the allegations of copyright infringement made herein, then we encourage you to provide us with copies of any license or other evidence supporting your authorized use of the subject work(s).

Finally, while removing the unlicensed photograph(s) from commercial display is required, please understand that ***removal alone is insufficient to end this matter***. If your use of the subject photograph is unauthorized, you must contact us to arrange and/or negotiate a payment for your past use. Otherwise, a lawsuit ***will*** be filed and our client ***will*** pursue the above-described damages against you.

You should give this matter your immediate attention.

Very truly yours

*Lauren Hausman*

Lauren Hausman, Esq.
For the Firm

Encl.

Exhibit "A"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-012-581

**Effective Date of Registration:**
August 05, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE Collection 073116 |
| **Previous or Alternate Title:** | Group Registration/ Photos, 135 photos  published 1/11 - 12/29/1999 |
| **Series Title:** | BeefFiletmignonGrlMrk013 |

**Number:** 001
**Date on Copies:** 05/10/1999

BeefHamburger022
**Number:** 002
**Date on Copies:** 07/20/1999

BeefHamburgerGrill003
**Number:** 003
**Date on Copies:** 07/19/1999

BeefHotDog005
**Number:** 004
**Date on Copies:** 06/15/1999

BeefLondonBroilGrlMark004
**Number:** 005
**Date on Copies:** 05/08/1999

BeefTboneGrillFire001
**Number:** 006
**Date on Copies:** 10/30/1999

CherryBing010
**Number:** 007
**Date on Copies:** 06/04/1999

ChickenDrumstickGrlMark004
**Number:** 008
**Date on Copies:** 07/21/1999

ChickenHalfGrill002
**Number:** 009
**Date on Copies:** 12/23/1999

ChickenWingBuffalo013
**Number:** 010
**Date on Copies:** 11/09/1999

CookiePeanutButterKiss004
**Number:** 011
**Date on Copies:** 12/10/1999

CookiePizelle001
**Number:** 012
**Date on Copies:** 07/30/1999

Guacamole005
**Number:** 013
**Date on Copies:** 09/15/1999

JuiceSmoothy001
**Number:** 014
**Date on Copies:** 10/10/1999

JuiceTomato001
**Number:** 015
**Date on Copies:** 10/10/1999

LobsterBoiled001
**Number:** 016
**Date on Copies:** 09/20/1999

LoxBagel
**Number:** 017
**Date on Copies:** 03/24/1999

Peach005
**Number:** 018
**Date on Copies:** 11/04/1999

PeachKnife001
**Number:** 019
**Date on Copies:** 11/04/1999

PieLemonMeringueSlice002
**Number:** 020
**Date on Copies:** 08/30/1999

PieStrawberry006
**Number:** 021
**Date on Copies:** 08/05/1999

PorkRibBabyBack011
**Number:** 022
**Date on Copies:** 07/29/1999

PorkRibCntyStlBnIn011
**Number:** 023
**Date on Copies:** 07/22/1999

PorkRibGrill003
**Number:** 024
**Date on Copies:** 07/25/1999

SaladColeSlaw014
**Number:** 025



Date on Copies: 09/15/1999

Tortilla001
**Number:** 026
**Date on Copies:** 09/10/1999

AppetizerAsst004
**Number:** 027
**Date on Copies:** 04/17/1999

BaconFig001
**Number:** 028
**Date on Copies:** 04/17/1999

CeleryPeanutbutter001
**Number:** 029
**Date on Copies:** 03/27/1999

CeleryPeanutbutter002
**Number:** 030
**Date on Copies:** 04/17/1999

CrackerPepperoni001
**Number:** 031
**Date on Copies:** 04/17/1999

HummasTabuli001
**Number:** 032
**Date on Copies:** 04/17/1999

BeefCheesburgerGrill001
**Number:** 033
**Date on Copies:** 03/27/1999

Hummas006
**Number:** 034
**Date on Copies:** 04/17/1999

BeefCheeseburgerGrlMrk006
**Number:** 035
**Date on Copies:** 04/17/1999

BeefCheeseburgerTriple001
**Number:** 036
**Date on Copies:** 04/17/19999

BeefHamburger005
**Number:** 037
**Date on Copies:** 04/17/1999

Hummus008
**Number:** 038
**Date on Copies:** 04/17/1999

BeefHamburger007
**Number:** 039
**Date on Copies:** 04/17/1999

JalapenoPopper001
**Number:** 040
**Date on Copies:** 04/17/1999

LobsterDip001
**Number:** 041
**Date on Copies:** 04/17/1999

BeefHamburgerGrilMrk005
**Number:** 042
**Date on Copies:** 04/17/1999

LobsterShrimpDip001
**Number:** 043
**Date on Copies:** 04/17/1999

BeefHamburgerGrilMark008
**Number:** 044
**Date on Copies:** 04/17/1999

BeefMeatball001
**Number:** 045
**Date on Copies:** 04/17/1999

BeefMeatball004
**Number:** 046
**Date on Copies:** 04/17/1999

MediterraneanTray001
**Number:** 047
**Date on Copies:** 04/17/1999

MediterraneanTray002
**Number:** 048
**Date on Copies:** 08/15/1999

BeefMeatloaf014
**Number:** 049
**Date on Copies:** 08/15/1999

OnionRing001
**Number:** 050
**Date on Copies:** 03/27/1999

OnionRing003
**Number:** 051
**Date on Copies:** 04/17/1999

PartyTray001
**Number:** 052
**Date on Copies:** 09/20/1999

Bacon005
**Number:** 053
**Date on Copies:** 09/20/1999

PorkButtSteakGrlMrk001
**Number:** 054



Date on Copies: 09/20/1999

BeefMeatLoaf016
**Number**: 055
**Date on Copies**: 09/20/1999

BeefMeatloaf018
**Number**: 056
**Date on Copies**: 09/20/1999

BeefSloppyJoe001
**Number**: 057
**Date on Copies**: 09/20/1999

BeefStuffedPepper001
**Number**: 058
**Date on Copies**: 09/20/1999

BakedAlaska001
**Number**: 059
**Date on Copies**: 09/20/1999

PorkChopBaconWrapped001
**Number**: 060
**Date on Copies**: 09/20/1999

PorkChopBnIn009
**Number**: 061
**Date on Copies**: 09/20/1999

BeefLondonBroil013
**Number**: 062
**Date on Copies**: 04/01/1999

TilapiaWholeCooked001
**Number**: 063
**Date on Copies**: 05/21/1999

WhiteAmericanCheeseHC1103_L_300_C_R
**Number**: 064
**Date on Copies**: 11/23/1999

WatermelonFSHC1308_L_300_C_R
**Number**: 065
**Date on Copies**: 03/27/1999

ApricotsBowlHC1108_L_C_300_C_R
**Number**: 066
**Date on Copies**: 06/13/1999

PepperJackCheeseHC1103_L_300_C_R
**Number**: 067
**Date on Copies**: 12/02/1999

FlankSteakCookedHC1104_L_300_C_R
**Number**: 068
**Date on Copies**: 02/05/1999

BlockCheddarFSH1208_L_300_C_R
**Number: 069**
**Date on Copies: 05/15/1999**

HamCheeseSandwichHC1101_L_300_C_R
**Number: 070**
**Date on Copies: 10/20/1999**

CucumbersFSHC1412_L_300_C_R
**Number: 071**
**Date on Copies: 08/07/1999**

FlowerBouquetFSCH1305_L_300_C_R
**Number: 072**
**Date on Copies: 06/11/1999**

MiniLoavesHC1111FS_L_300_C_R
**Number: 073**
**Date on Copies: 08/10/1999**

SalsaDipChipsHC1108_L_300_C_R
**Number: 074**
**Date on Copies: 04/15/1999**

BrowniesHC1012_M_150_C_R
**Number: 075**
**Date on Copies: 08/18/1999**

BratwurstGrilledFSHC1112_L_300_C_R
**Number: 076**
**Date on Copies: 08/19/1999**

BeefChuckRoast7Bone001
**Number: 077**
**Date on Copies: 04/20/1999**

BeefChuckRoastBnIn005
**Number: 078**
**Date on Copies: 03/03/1999**

BeefChuckRoastBnls006
**Number: 079**
**Date on Copies: 02/13/1999**

BeefChuckSteakBnls007
**Number: 080**
**Date on Copies: 08/10/1999**

BeefEyeRoundRoastDinner001
**Number: 081**
**Date on Copies: 11/13/1999**

CornedBeefDinner001
**Number: 082**
**Date on Copies: 01/30/1999**

CornedBeefDinner009
**Number: 083**



**Date on Copies:** 02/23/1999

CornedBeefDinner010
**Number:** 084
**Date on Copies:** 04/09/1999

CornedBeefDinner013
**Number:** 085
**Date on Copies:** 04/09/1999

CornedBeefDinner014
**Number:** 086
**Date on Copies:** 06/26/1999

CornedBeefDinner021
**Number:** 087
**Date on Copies:** 03/24/1999

DSCO3680
**Number:** 088
**Date on Copies:** 02/03/1999

CornedBeefDinner023
**Number:** 089
**Date on Copies:** 03/24/1999

PotRoastDinner001
**Number:** 090
**Date on Copies:** 08/21/1999

SalisburySteakDinner002
**Number:** 091
**Date on Copies:** 08/09/1999

BeefHotDog011
**Number:** 092
**Date on Copies:** 02/10/1999

BeefBottomRoundRoast015
**Number:** 093
**Date on Copies:** 12/12/1999

BeefBottomRoundRoast017
**Number:** 094
**Date on Copies:** 04/30/1999

BeefBrisket001
**Number:** 095
**Date on Copies:** 07/23/1999

BeefBrisket002
**Number:** 096
**Date on Copies:** 0716/1999

BeefBrisket007
**Number:** 097
**Date on Copies:** 03/16/1999

BeefBrisket009
**Number:** 098
**Date on Copies:** 09/02/1999

CornedBeefBrisketFlat004
**Number:** 099
**Date on Copies:** 03/03/1999

Bacon002
**Number:** 100
**Date on Copies:** 11/03/1999

CornedBeefBrisketPoint001
**Number:** 101
**Date on Copies:** 02/04/1999

BeefKabob001
**Number:** 102
**Date on Copies:** 11/28/1999

BeefKabob013
**Number:** 103
**Date on Copies:** 12/29/1999

BeefKabobGrlMrk002
**Number:** 104
**Date on Copies:** 01/11/1999

BeefCubeSteakGrlMrk001
**Number:** 105
**Date on Copies:** 09/17/1999

BeefEyeRoundRoast002
**Number:** 106
**Date on Copies:** 09/17/1999

BeefEyeRoundRoast014
**Number:** 107
**Date on Copies:** 11/26/1999

BeefEyeRoundSteakGrlMrk001
**Number:** 108
**Date on Copies:** 09/17/1999

BeefFiletMignon001
**Number:** 109
**Date on Copies:** 10/28/1999

BeefFiletMignon002
**Number:** 110
**Date on Copies:** 12/15/1999

BeefFlatIronSteakGrlMrk001
**Number:** 116
**Date on Copies:** 09/06/1999

BeefFiletMignonGrlMrk001
**Number:** 111



**Date on Copies**: 06/15/1999

BeefFiletMignonGrlMrk007
**Number**: 112
**Date on Copies**: 09/07/1999

BeefFiletMignonGrlMrk008
**Number**: 113
**Date on Copies**: 01/13/1999

BeefFiletMignonGrlMrk010
**Number**: 114
**Date on Copies**: 04/23/1999

BeefFlankSteak005
**Number**: 115
**Date on Copies**: 08/16/1999

BeefCheeseBurger001
**Number**: 117
**Date on Copies**: 08/16/1999

BeefCheeseBurger003
**Number**: 118
**Date on Copies**: 08/16/1999

RiceNoodleDumpling001
**Number**: 119
**Date on Copies**: 10/15/1999

CakeChocolateMapleSlice001
**Number**: 120
**Date on Copies**: 07/15/1999

Pancake002
**Number**: 121
**Date on Copies**: 03/04/1999

FriedRice002
**Number**: 122
**Date on Copies**: 01/24/1999

IceCreamNeapolitanCone001
**Number**: 123
**Date on Copies**: 08/13/1999

SpiralHam
**Number**: 124
**Date on Copies**: 02/11/1999

TurkeyWhole014
**Number**: 125
**Date on Copies**: 11/29/1999

KeyLimes
**Number**: 126
**Date on Copies**: 10/23/1999

ChickenKabob002
**Number:** 127
**Date on Copies:** 12/29/1999

LambLegBnls001
**Number:** 128
**Date on Copies:** 02/03/1999

LambLegShankGrlMrk001
**Number:** 129
**Date on Copies:** 05/20/1999

ZittiMarinaraSauce001
**Number:** 130
**Date on Copies:** 12/22/1999

TurkeyWhole001
**Number:** 131
**Date on Copies:** 12/04/1999

YogurtBlueberry002
**Number:** 132
**Date on Copies:** 07/21/1999

SubAmericanColdCut009
**Number:** 133
**Date on Copies:** 07/30/1999

MediterraneanChicken
**Number:** 134
**Date on Copies:** 05/27/1999

Vegetables
**Number:** 135
**Date on Copies:** 01/27/1999

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 1999 |
| **Date of 1st Publication:** | January 11, 1999 |
| **Nation of 1st Publication:** | United States |

## Author

- | **Author:** | Adlife Marketing & Communications Co., Inc., Employer for Hire of David Cioffi |
|---|---|
| **Author Created:** | photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| **Copyright Claimant:** | Adlife Marketing & Communications Co., Inc. |
|---|---|
|  | 38 CHURCH ST., PAWTUCKET, RI, 02860-3906, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER P.C. |
| **Name:** | Milton McKinnon Oliver |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER |
| **Date:** | August 05, 2016 |
| **Applicant's Tracking Number:** | 873-057-302 |

| | |
|---|---|
| **Correspondence:** | Yes |

*0000VA000201258107 07*

Exhibit "B"



Home    Shows    Restaurants    Hotels    Things to Do    Vegas Travel    Coupons    🔍

# Circus Circus Steakhouse: Menu, Dress Code & Hours

Home » Restaurants » Circus Circus Steakhouse: Menu, Dress Code & Hours



This page may contain affiliate links. If you click through those links, you won't pay a penny more, but we'll get a small commission, which helps keep the lights on. Thanks

Last Updated on November 17, 2022

When you're in the mood for a great steak dinner, the Las Vegas Strip offers plenty of options. But, if what you're after is just a very good steak in the cozy den-like ambiance of an old Las Vegas steakhouse, the Circus Circus Steakhouse is an experience that can't be beaten.

## About the Steakhouse at Circus Circus

The Steakhouse at Circus Circus is an award-winning restaurant in a popular legacy Vegas hotel. Circus Circus has been open since the late 1960s, with the Steakhouse being in operation since 1982.

It's safe to say, with this long of a history, that this restaurant has actually become part of the Las Vegas experience.

Once inside, you instantly feel welcomed by the warm hunting lodge theme of the decor. It's what you expect of a classic steak house experience. This restaurant is perfect for an intimate dinner, a special occasion, or anytime you want to treat yourself to prime rib, filet mignon, or a nice, thick porterhouse steak.

This dining experience at Circus Circus is one of the most popular steak houses, with a consistent reputation for being terrific then and now.

## Steakhouse Menu with Prices

### Table Of Contents

- About the Steakhouse at Circus Circus
- Steakhouse Menu with Prices
  - Appetizers
  - Entrees & Accompaniments
- The Steakhouse Experience
- Guest Reviews
- Dress Code
- Hours
- Location
- Bottom Line



Circus-Circus-Steakhouse-Menu    [Download]

You can walk into any Las Vegas steak house and see that they serve prime beef with a range of delectable cuts, but the quality of the menu at the Steak House at Circus Circus is just so sophisticated. The exceptional quality grade meats served don't need over-the-top presentations or culinary trends to make them stand out.

The menu is rather simple for a steakhouse in Sin City. There aren't pages and pages to scroll to find the exact steak you crave. The menu offers a small section of appetizers and salads, then gets straight to the point with a dozen or so options from their mesquite charcoal broiler.

The food is always cooked perfectly and is offered at very reasonable prices, especially considering how much this exact same food would cost at any other steak house in Las Vegas.

Let's take a deeper look at the mouth-watering menu.

 

## Appetizers

Personally, we think the Steak House at Circus Circus is the perfect place to linger over a pre-dinner cocktail and leisurely enjoy an appetizer or two.

Most of the appetizers at the Steak House fall under the seafood category. There are oysters on the half-shell, crab legs, shrimp, and Seafood Sensation Platter.

But, if seafood isn't your thing, it's hard to pass up the housemade French Onion Soup or a crisp, fresh house salad. The Waldorf Wedge or Spinach Salad with Hot Bacon Dressing are both wonderful, but this is providing you don't fill up on the fresh-baked breads!



## Entrees & Accompaniments

 

This section of the menu is what it's all about at the Steak House at Circus Circus Hotel. This is what you would call a classic, traditional steak house that serves top-grade Midwestern beef.

Captured by FireShot Pro: 29 June 2023, 17:17:25
https://getfireshot.com

Page 3
Circus Circus Steakhouse: Menu, Dress Code & Hours in 2023
https://vegasfoodandfun.com/circus-circus-steakhouse/

Before you even order, you're privy to a glance at the dry-aged steak through the windows of a glass-enclosed viewing room. This is a testament to the true quality of their meats.

You'll find all the classic cuts on the menu. The Prime Rib is a house favorite, but the entire list of steaks available ranges from a petite filet mignon to ribeye steaks and a NY Strip, all prepared over an open flame grill.

A peppercorn sauce or cheddar cheese sauce is available upon request. In our opinion, the only element that was missing was the possibility of a nice blue cheese crust on the steak.

Suppose you're in the mood to stray from beef, the Lamb Chops, Lobster Tail or perfectly prepared salmon are all wonderful alternatives.

 

All entrees come with your choice of accompaniment. Guests can choose between the Steakhouse's famous black bean soup, house salad, garlic mashed potatoes, baked potato, or the wild rice blend. The chef's selection-vegetable is also available. Pro tip – go for the garlic mashed potato and black bean soup. They are both beyond excellent.

If you manage to save room, there is a small selection of desserts available. Try the excellent chocolate cake or decadent creme brulee. There are limited gluten-free options on the menu at the Steak House at Circus Circus.

## The Steakhouse Experience

 

The Steak House at Circus Circus offers a wonderful atmosphere that, when combined with the food, makes it a serious contender for the best steak house in Las Vegas.

The Steak House has been under the guiding hands of the same chef for years, which creates a very consistent, reliable, and wonderfully delicious dining experience.

The atmosphere is that of a days-past steakhouse. Imagine a restaurant tucked away, warm dark woods filling the dining room, Vegas-town old-time atmosphere. To top it off, you have a great table overlooking it all.

The best way to describe the experience is warm, relaxed, and intimate, with an atmosphere that you genuinely want to linger in.

In the realm of comparable steak houses, you could say that it's a similar experience to the Golden Steer Las Vegas. Still, it's easy to make an argument that the Steak House at Circus Circus is a more intimate and comfortable place to enjoy tender prime rib or lamb chops.

## Guest Reviews

Guest reviews for the Steak House at Circus Circus are overwhelmingly positive. We know that often, people are more likely to take the time to leave a review if they have a complaint, but everything that the Steak House at Circus Circus offers seems to have won some hearts and devoted guests.

Details that guests love include the romantic atmosphere, excellent service, and food that's cooked perfectly every time. With accolades like this, it's no wonder the Steak House rated so high on every review site we checked.

Comments on the quality of service ranged from "good customer service" to "exceptional service," and that no matter if you enjoyed the filet mignon, crab legs, or even a side like a chef's fresh vegetable, it's all perfectly cooked.

According to the reviews, the verdict is in. The Steak House at Circus Circus offers a lovely dinner, great value, and an excellent atmosphere that's worthy of a stop during your next Las Vegas trip.

## Dress Code



When dining at the Steak House at Circus Circus, remember that this is a traditional steakhouse setting, and you'll want to dress appropriately for a nice dinner in Las Vegas.

This doesn't mean that you have to be dressed at your absolute best, but smart-casual or elegant casual attire is required.

Steer clear of showing up in a tank top and shorts, torn jeans, athletic wear, or looking like you're just coming from the pool and haven't even changed out of your flip-flops yet.

## Hours

The Steak House at Circus Circus Las Vegas is open for dinner service every evening. Hours are subject to change, but currently, they open every evening for dinner service beginning at 4 pm.

The dining room is open until 9 pm every night except for Saturdays when they extend their hours until 10 pm.

## Location



Some say that this restaurant is a misplaced great steakhouse, but the Steak House has always been there, right inside the Circus Circus Hotel Casino. You can find Circus Circus right on the Las Vegas Strip.

The exact address is 2880 S Las Vegas Blvd, Las Vegas, NV. Other nearby restaurants in the Circus Circus Hotel include Blue Iguana Mexican, the Pizzeria, Big Top Eats, and a selection of places to grab a quick bite.

**Check Circus Circus Hotel Rates**

## Bottom Line

Las Vegas today is vastly different than it was when the Steak House opened so many years ago in the Circus Circus Hotel Casino. Of course, things change, but this is still the Steakhouse that people love, mainly because the food has remained consistently good, and the Steak House has never been concerned with appearing as a modern dining establishment.

Change is good, but sometimes things that stay the same are pure bliss. Whether it's a juicy and tender cut of steak or delicate and buttery crab legs you're craving, the Steak House at Circus Circus offers an all-around wonderful dining experience.

## Leave a Comment

Your email address will not be published. Required fields are marked *

Type here..

Name*    Email*    Post Comment »