**EXHIBIT "C"**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

Case No. 1:23-cv-00111-HCN

JENNIFER GREGORY, AN INDIVIDUAL,
d/b/a VEGAS FOOD AND FUN,

    Plaintiff,

v.

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Defendant.

## DECLARATION OF LAUREN HAUSMAN

Lauren Hausman does hereby declare pursuant to 28 U.S.C. § 1746:

1. I submit this declaration in support of defendant Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications co., Inc.'s ("Defendant") Motion to Dismiss or Transfer Venue. ("Motion"). This declaration and the facts stated herein are based upon my personal knowledge.

2. On or about July 7, 2023, Defendant (through counsel) sent a letter (the "Demand Letter") to Circus Circus Hotel & Casino d/b/a The Steak House and Vegas Food & Fun with respect to the alleged copyright infringement of a professional food photograph (the "Work") for which Defendant is the copyright holder.

3. The Demand Letter was sent to Vegas Food & Fun, 848 N. Rainbow Blvd. # 735, Las Vegas, NV 89107.

4. Defendant sent the Demand Letter to the "848 N. Rainbow Blvd." address because such address was displayed on Vegas Food & Fun's own website (at

1

https://vegasfoodandfun.com/privacy/).

5.     The Demand letter was sent to Nevada (not Utah) based on the address that was on Plaintiff's privacy page on Plaintiff's website.

6.     At the time the Demand Letter was sent, Plaintiff did not identify any other address on Plaintiff's website, especially not one located in Utah.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 27, 2023                    /s/ Lauren Hausman
                                            Lauren Hausman

2