# EXHIBIT D

**JENNIFER GREGORY**
KAYSVILLE, UT 84037

1472
97-154/1240

DATE 8/30/23

PAY TO THE ORDER OF Copycat Legal         $ 750.00

Seven Hundred Fifty and 00/100 —————— DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO Vegas Food & Fun settlement in full