# EXHIBIT F

PART 2



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326406162212721900**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Buffalo Run Ranch**
4611 E Bench Creek Rd
Woodland, UT  84036

Dear Buffalo Run Ranch,

You are receiving this correspondence because you may have used the attached image unlawfully.

The image in question is owned by Adlife Marketing & Communications Co., Inc. and was discovered on your website. This image is part of our library of images protected under copyright. Attached is a copy of the image, pertinent information regarding Adlife's proof of ownership, along with the usage of this image on your company's website. If you have a license, please contact us immediately with a copy of that license at licensing@adlife.com.

The use of a copyrighted image without the valid licensing in place is copyright infringement and is in violation of U.S. Copyright law, Title 17 of the United States Code. The purpose of this correspondence is to confirm a previously purchased license for the use of the image OR reach a fair settlement.

**If a valid license was purchased for the use of the image:** Please provide Adlife a copy of the purchase receipt. In most cases, you can access your download history from the stock image website which was used. A screenshot indicating when the image was purchased, and from whom, will suffice. Any and all valid license information can be forwarded to licensing@adlife.com.

**If you know a valid license for this image does NOT exist:** You must immediately cease and desist the use of this image and remove it from any promotional and/or advertising usage in any and all media. Attached is information whereby you have the ability to purchase retroactive licensing rights for the image in question, for the amount of **$8,000.00**, which will abate and eliminate any liability associated with the past unlawful use of said image. To avoid further action, such as possible litigation in Federal Court, it is recommended that you contact us at your earliest convenience.

It is important that you understand that just removing the image from your company's website does not release you from any potential liability associated with the unlawful use of the image. The Adlife Licensing Department is willing to discuss the matter and the circumstances surrounding the use of the image. However, Adlife expects to be compensated for the use of the image in question if not properly licensed. If, after settling the issue of the unlawful use of this image in the past, you are interested in continuing to use the image, the Adlife Licensing Department will assist you in obtaining the proper license for all **future** use.

Please note that your failure to respond to this notice may result in further legal action. If you believe this letter has reached you in error, please contact Adlife Licensing Department at licensing@adlife.com. This letter is without prejudice to Adlife's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response to this matter.

Sincerely,

Rebecca M. Jones
Adlife Licensing Department
401-543-7553

PreparedFoods_000001



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326406162212721900**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Company Name**
Buffalo Run Ranch

**Company Address**
4611 E Bench Creek Rd
Woodland, UT 84036

**Company Phone Number**
435-200-9360

**URL Containing Image**
https://buffalorunranch.com/



**Image Name**
BeefCubeSteakGrlMrk001

**Registration Number**
VA0002012581





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

---

**Re: Claim Number: 4326407502212033489**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Buffalo Run Ranch**
4611 E Bench Creek Rd
Woodland, UT  84036

Dear Buffalo Run Ranch,

You are receiving this correspondence because you may have used the attached image unlawfully.

The image in question is owned by Adlife Marketing & Communications Co., Inc. and was discovered on your website. This image is part of our library of images protected under copyright. Attached is a copy of the image, pertinent information regarding Adlife's proof of ownership, along with the usage of this image on your company's website. If you have a license, please contact us immediately with a copy of that license at licensing@adlife.com.

The use of a copyrighted image without the valid licensing in place is copyright infringement and is in violation of U.S. Copyright law, Title 17 of the United States Code. The purpose of this correspondence is to confirm a previously purchased license for the use of the image OR reach a fair settlement.

**If a valid license was purchased for the use of the image:** Please provide Adlife a copy of the purchase receipt. In most cases, you can access your download history from the stock image website which was used. A screenshot indicating when the image was purchased, and from whom, will suffice. Any and all valid license information can be forwarded to licensing@adlife.com.

**If you know a valid license for this image does NOT exist:** You must immediately cease and desist the use of this image and remove it from any promotional and/or advertising usage in any and all media. Attached is information whereby you have the ability to purchase retroactive licensing rights for the image in question, for the amount of **$8,000.00**, which will abate and eliminate any liability associated with the past unlawful use of said image. To avoid further action, such as possible litigation in Federal Court, it is recommended that you contact us at your earliest convenience.

It is important that you understand that just removing the image from your company's website does not release you from any potential liability associated with the unlawful use of the image. The Adlife Licensing Department is willing to discuss the matter and the circumstances surrounding the use of the image. However, Adlife expects to be compensated for the use of the image in question if not properly licensed. If, after settling the issue of the unlawful use of this image in the past, you are interested in continuing to use the image, the Adlife Licensing Department will assist you in obtaining the proper license for all **future** use.

Please note that your failure to respond to this notice may result in further legal action. If you believe this letter has reached you in error, please contact Adlife Licensing Department at licensing@adlife.com. This letter is without prejudice to Adlife's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response to this matter.

Sincerely,


Rebecca M. Jones
Adlife Licensing Department
401-543-7553

PreparedFoods_000003



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326407502212033489**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Company Name**
Buffalo Run Ranch

**Company Address**
4611 E Bench Creek Rd
Woodland, UT 84036

**Company Phone Number**
435-200-9360

**URL Containing Image**
https://buffalorunranch.com/product-category/steaks



**Image Name**
BeefCubeSteakGrlMrk001

**Registration Number**
VA0002012581





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4333239250831257821**
**FRE 408 SETTLEMENT COMMUNICATION**

Friday, May 10, 2019

**Meridian Magazine**
409 N. Country Manor Lane
Alpine, UT 84004.

Dear Meridian Magazine,

You are receiving this correspondence because you may have used the attached image unlawfully.

The image in question is owned by Adlife Marketing & Communications Co., Inc. and was discovered on your website. This image is part of our library of images protected under copyright. Attached is a copy of the image, pertinent information regarding Adlife's proof of ownership, along with the usage of this image on your company's website. If you have a license, please contact us immediately with a copy of that license at licensing@adlife.com.

The use of a copyrighted image without the valid licensing in place is copyright infringement and is in violation of U.S. Copyright law, Title 17 of the United States Code. The purpose of this correspondence is to confirm a previously purchased license for the use of the image OR reach a fair settlement.

**If a valid license was purchased for the use of the image:** Please provide Adlife a copy of the purchase receipt. In most cases, you can access your download history from the stock image website which was used. A screenshot indicating when the image was purchased, and from whom, will suffice. Any and all valid license information can be forwarded to licensing@adlife.com.

**If you know a valid license for this image does NOT exist:** You must immediately cease and desist the use of this image and remove it from any promotional and/or advertising usage in any and all media. Attached is information whereby you have the ability to purchase retroactive licensing rights for the image in question, for the amount of **$8,000.00**, which will abate and eliminate any liability associated with the past unlawful use of said image. To avoid further action, such as possible litigation in Federal Court, it is recommended that you contact us at your earliest convenience.

It is important that you understand that just removing the image from your company's website does not release you from any potential liability associated with the unlawful use of the image. The Adlife Licensing Department is willing to discuss the matter and the circumstances surrounding the use of the image. However, Adlife expects to be compensated for the use of the image in question if not properly licensed. If, after settling the issue of the unlawful use of this image in the past, you are interested in continuing to use the image, the Adlife Licensing Department will assist you in obtaining the proper license for all **future** use.

Please note that your failure to respond to this notice may result in further legal action. If you believe this letter has reached you in error, please contact Adlife Licensing Department at licensing@adlife.com. This letter is without prejudice to Adlife's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response to this matter.

Sincerely,

David W. Higgins
Adlife Licensing Department
617-775-3289

PreparedFoods_000005



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4333239250831257821**
**FRE 408 SETTLEMENT COMMUNICATION**

Friday, May 10, 2019

**Company Name**
Meridian Magazine

**Company Address**
409 N. Country Manor
Lane Alpine, UT 84004.

**Company Phone Number**
202-714-5775

**URL Containing Image**
https://latterdaysaintmag.com/article-1-14809/



**Image Name**
PotatoAsst001_ADL

**Registration Number**
VA0002033004





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4458764402212268911**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, October 2, 2019

**Company Name**
Caley's Catering & Events

**Company Address**
PO Box 104
Draper, Utah 84020

**Company Phone Number**
801-231-5250

**URL Containing Image**
https://caleyscatering.com/lite-menu-options/



**Image Name**
PotatoBaked013

**Registration Number**
VA0002019412





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4475837350836351913**
**FRE 408 SETTLEMENT COMMUNICATION**

Tuesday, October 22, 2019

**Company Name**
ACR International, LLC

**Company Address**
223 West 1230 North #102
Provo, Utah 84604

**Company Phone Number**
(855) 648-1230

**URL Containing Image**
https://www.acrllc.com/freerecipes.html



**Image Name**
BeefRibRoast004.jpg

**Registration Number**
VA0002009665





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4791969350837067739**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, October 22, 2020

**Company Name**
Lee's Marketplace



**Company Address**
555 E 1400 N
Logan, UT 84341

**Image Name**
Carrots0409.

**Company Phone Number**
(435) 755-5100

**Registration Number**
VA0002023644

**URL Containing Image**
https://digitalcommons.usu.edu/cgi/viewcontent.cgi?
article=1080&context=newspapers





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 4928247536832078598**
**FRE 408 SETTLEMENT COMMUNICATION**

Monday, March 29, 2021

**Company Name**
Big Daddy's Direct

**Company Address**
45 E 300 N
Monroe, UT 84754

**Company Phone Number**
(435) 231-1319

**URL Containing Image**
https://www.facebook.com/Big-Daddys-Direct-Cedar-City-Utah-106257547691122/



**Image Name**
BananaChipsHR0611.

**Registration Number**
VA0002024712



PreparedFoods_000010



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5075335546834507023**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, September 15, 2021

**Company Name**
Utah Education Network

**Company Address**
101 Wasatch Drive
Salt Lake City, UT 84112

**Company Phone Number**
(801) 585-6013

**URL Containing Image**
https://www.uen.org/tv/cheese/



**Image Name**
CheeseGouda004_ADL

**Registration Number**
VA0002027767





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5088329106838228340**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, September 30, 2021

**Company Name**
Intermountain Healthcare



**Company Address**
36 S State Street
Salt Lake City, Utah 84111

**Image Name**
CheeseBall004

**Company Phone Number**
(801) 442-3430

**Registration Number**
VA0002014921

**URL Containing Image**
https://intermountainhealthcare.org/blogs/topics/live-well/2013/11/what-could-you-eat-if-you-didnt-have-that-drink/





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5135669566612740464**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, November 24, 2021

**Company Name**
University of Utah Health



**Company Address**
50 North Medical Drive
Salt Lake City, UT 84132

**Image Name**
PizzaBites002.

**Company Phone Number**
801-581-2121

**Registration Number**
VA0002017741

**URL Containing Image**
https://healthcare.utah.edu/healthfeed/postings/2015/04/







PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5140229336214057146**
**FRE 408 SETTLEMENT COMMUNICATION**

Monday, November 29, 2021

**Company Name**
Dry Lakes Ranch Beef

**Company Address**
73 North Main Street
PO Box 1561
Parowan, Utah 84761

**Company Phone Number**
435-559-1561

**URL Containing Image**
https://www.drylakesranchbeef.com/product-page/boneless-chuck-roast



**Image Name**
BeefChuckRoastBnls001.jpg

**Registration Number**
VA0002022602

Apple   iCloud   Yahoo   Bing   Wikipedia   Facebook   Twitter   LinkedIn

**Dry Lakes Ranch Beef**   Home   Buy in Bulk   Grow Our Cattle   Know Yo

Home / Boneless Chuck Roast (3 sizes available)



Welcome.

Sold by the pound, boneless Chuck Roasts are tender, flavorful, and moist.



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5172026536613300077**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, January 5, 2022

**Company Name**
The Company Grill

**Company Address**
5185 Frontier Dr,
Mountain Green, Utah, 84050

**Company Phone Number**
(801) 309-0952

**URL Containing Image**
https://companygrill.com/memphis-style-bbq/



**Image Name**
ChickenSandwichBBQ002.

**Registration Number**
VA0002015841



PreparedFoods_000017



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5347336666617401650**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, July 27, 2022

**Company Name**
NUTRIEX, LLC

**Company Address**
1055 East 2100 South, Suite 203
Salt Lake City, Utah 84106

**Company Phone Number**
888-(688-7439)

**URL Containing Image**
https://nutriex.com/nutriex-insights/cancer-prevention/



**Image Name**
BeefCheeseburgerTriple001

**Registration Number**
VA0002012581

PreparedFoods_000019



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5456329446615041065**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, November 30, 2022

**Company Name**
8coupons inc.



**Company Address**
PO Box 70614,
Salt Lake City, Utah, 84101

**Company Phone Number**
(212) 656-1589

**Image Name**
WrapTurkey004.

**URL Containing Image**
https://www.8coupons.com/stores/local/we-deliver-cookeville-38501

**Registration Number**
VA0002017741





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5639655623212604722**
**FRE 408 SETTLEMENT COMMUNICATION**                    Friday, June 30, 2023

**Company Name**
Easy Chef's One Million Recipes



**Company Address**
ACR International, LLC
223 West 1230 North#102
Provo, Utah 84604

**Image Name**
BeefRibRoast004.jpg

**Company Phone Number**
855-648-1230

**Registration Number**
VA0002009665

**URL Containing Image**
https://onemillionrecipes.com/free-recipes.html

Screen Shot 2023-06-30 at 4.13.15 PM.png



*COPYRIGHT INFRINGEMENT NOTICE*                                                                 *STC*

# Alliance Health Networks



## Mailing Address:

Alliance Health Networks
9 E Exchange Place Ste. 200
Salt Lake City, UT 84111

## Phone #:

801-355-6002

*Meats/Beef/BeefDinner/CornedBeefDinner001_AD
L*

## URL Containing Copyrighted Images:

http://www.diabeticconnect.com/diabetes-slideshows/380-chips-and-dips-recipes#20





---

## COPYRIGHT INFRINGEMENT NOTICE

---

# Associated Food Stores, Inc

**Mailing Address:**

Associated Food Stores, Inc
1850 W 2100 S
Salt Lake City Utah 84119

**Phone #:**

801 973 4400



**URL Containing Copyrighted Image:**

http://cashcarryfoods.com/promotions/115?banner=true



Joel Albrizio - Joel@adlife.com  617.759.4504



Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T   877-HERO-CAT (877-437-6228)
E   help@copycatlegal.com

FRE 408 SETTLEMENT COMMUNICATION

September 8, 2021

**VIA FEDERAL EXPRESS**

DD Buffalo, LLC d/b/a Buffalo Run Ranch          Buffalo Run Ranch
Attn: Joseph T. Sorenson                                   4611 East Bench Creek Road
6440 S. Wasatch Boulevard                              Woodland, UT 84036
Suite 105
Salt Lake City, UT 84121

***RE:***     ***Prepared Food Photos, Inc. v. DD Buffalo, LLC d/b/a Buffalo Run Ranch***

Dear Mr. Sorenson:

       This law firm represents Prepared Food Photos, Inc. I am writing to you because it appears that one or more of our client's copyrighted works was utilized for commercial purposes by Buffalo Run Ranch without first obtaining or purchasing a license from our client. Such unauthorized use constitutes federal copyright infringement under 17 U.S.C. § 501 in addition to other claims potentially arising under federal and/or state law. This letter is sent pursuant to Federal Rule of Civil Procedure 408 and is for settlement purposes only. This letter is an attempt to amicably resolve the dispute specified herein prior to initiation of litigation in which damages, costs, and attorneys' fees will be sought. To the extent we cannot resolve this matter privately, please see the enclosed draft Complaint that we intend to file in the United States District Court for the Southern District of Florida.

       Our client is in the business of licensing high-end, professional photographs for the food industry. Through its website (www.preparedfoodphotos.com), our client offers a monthly subscription service which provides access to/license of tens of thousands of professional images. The rights associated with these images are exclusively owned by our client, and it has spent countless hours and substantial monies in building a business that relies on such exclusive subscription service. The unauthorized use of our client's work deprives our client of much-needed income and forces our client to incur substantial costs (monetary and time) in identifying violators and enforcing its rights.

Buffalo Run Ranch
September 8, 2021
Page 2

To our knowledge, our client ***did not*** authorize you to use and/or display ***any*** of its photographs. Notwithstanding this lack of authorization, we have identified one or more of our client's photographs utilized/displayed by Buffalo Run Ranch for commercial purposes (at https://buffalorunranch.com/) (in connection with the prior sale of "cube steak"). Screenshots of the photograph(s), together with our client's federally registered copyright information, are attached to and described more fully in the attached draft Complaint.

I encourage you to discuss the foregoing with your attorney and/or your insurance carrier as copyright infringement is a serious matter that potentially exposes you to substantial damages/attorneys' fees if we are forced to file the enclosed lawsuit. Keep in mind that means the attorneys' fees you will be forced to incur to mount a defense (if any) ***and*** the attorneys' fees/costs we will incur to pursue the matter – ***both*** of which you will be responsible to pay if our client prevails in court. It is important that you are cognizant of that exposure in deciding how to respond to this letter. Assuming our client prevails in court, 17 U.S.C. § 504(c)(1) provides our client the right to recover statutory damages (for ***each work*** that was infringed) "in a sum of not less than $750 or more than $30,000 as the court considers just." Further, if the infringement was committed "willfully," the court may increase the award of statutory damages (for ***each work*** that was infringed) "to a sum of not more than $150,000."

Courts in the Eleventh Circuit (which covers Florida, Georgia, and Alabama) have not hesitated (where appropriate) to impose substantial statutory damages against copyright infringers. See, e.g. Reiffer v. World Views LLC, No. 6:20-cv-786-RBD-GJK, 2021 U.S. Dist. LEXIS 38860, at *11 (M.D. Fla. Mar. 1, 2021) (awarding $45,000.00 where ***single*** photograph of Dubai's cityscape was infringed); Corson v. Gregory Charles Interiors, LLC, No. 9:19-cv-81445, 2020 U.S. Dist. LEXIS 142932, at *14 (S.D. Fla. Aug. 7, 2020) (awarding $57,600.00 where ***single*** photograph was infringed); CCA & B, LLC v. Toy, No. 1:19-CV-01851-JPB, 2020 U.S. Dist. LEXIS 248303, at *17 (N.D. Ga. Dec. 14, 2020) (awarding $30,000 for sale of counterfeit goods that infringed plaintiff's copyright). Please keep in mind both that the facts of these cases may be different than those here (thus militating in favor of a higher or lower award here) and that the above amounts do not account for attorneys' fees which are also recoverable under the Copyright Act.

Please note that Section 504 of the Copyright Act provides for the recovery of statutory damages (as explained above) or (at our client's election) actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Of course, if forced to litigate this matter, we will fully explore the damages issue and make an election that is most beneficial to our client.

While this is a serious matter, it is not particularly complex. The utilization of our client's work(s) without proper authorization constitutes copyright infringement, and we will either resolve this issue in court (allowing a court to decide the matter) or privately between the parties. To that end, my client's demand is simple – you shall pay ***Thirty Thousand Dollars ($30,000.00 within fourteen (14) days of the date first written above and shall immediately cease and desist from any further use of our client's work(s)***. Please contact us within the above-stated period to arrange for payment. If payment is received as described above, we will forego the filing of a lawsuit. Otherwise, please be aware that our client does not shy away from enforcing its rights in court.

Buffalo Run Ranch
September 8, 2021
Page 3

Further, pursuant to Fla. Stat. § 627.4137, you are ***required*** to provide a copy of this letter to your general liability insurance carrier (if one exists), notify them of our client's demand, disclose the identity of such insurer to us, and provide a copy of the subject insurance policy to us. If you believe we are mistaken as to the allegations of copyright infringement made herein, then we encourage you to provide us with copies of any license or other evidence supporting your authorized use of the subject work(s).

This letter is not intended as one in a series of threatening letters on this subject. Rather, we demand that you respond affirmatively and immediately. If we do not receive such from you or otherwise hear from you to arrange payment, we will file the enclosed lawsuit and allow the courts to decide the matter.

Finally, while removing the unlicensed photograph(s) from commercial display is required, please understand that ***removal alone is insufficient to end this matter***. If you do not contact us to arrange for payment for your existing/past use of the photograph(s), a lawsuit ***will*** be filed and our client ***will*** pursue the above-described damages against you.

You should give this matter your immediate attention.

Very truly yours,

Daniel DeSouza, Esq.
Shareholder – For the Firm

Very truly yours,

James D'Loughy, Esq.
Shareholder – For the Firm

DD/da
Encl.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. _____

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

DD Buffalo, LLC d/b/a BUFFALO RUN
RANCH,

     Defendant.

_____

### COMPLAINT

Plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc.

("Plaintiff") sues defendant DD Buffalo, LLC d/b/a Buffalo Run Ranch ("Defendant"), and alleges

as follows:

### THE PARTIES

1.     Plaintiff is a corporation organized and existing under the laws of the State of

Florida with its principal place of business located in Palm Beach County, Florida.

2.     Defendant is a limited liability company organized and existing under the laws of

the State of Utah with its principal place of business located at 6440 Wasatch Boulevard, Suite

105, Salt Lake City, UT 84121.  Defendant's agent for service of process is: Corporate Agent

Services, LLC, 26 S State Street, Suite 1900, Salt Lake City, UT 84111.

### JURISDICTION AND VENUE

3.     This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§

1331 and 1338(a).

4.      This Court has personal jurisdiction over Defendant pursuant to Fla. Stat. §§ 48.193(1)(a)(2) because it committed a tortious act within this state, and the exercise of personal jurisdiction over it would not offend traditional notices of fair play and substantial justice. "Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state. Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida." Vallejo v. Narcos Prods., LLC, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019) (citing Roberts v. Gordy, No. 13-24700-CIV, 2015 U.S. Dist. LEXIS 180644, 2015 WL 11202580, at *2 (S.D. Fla. Apr. 14, 2015)). Roof & Rack Prods., Inc. v. GYB Inv'rs, LLC, No. 13-80575-CV, 2014 U.S. Dist. LEXIS 92334, at *2 (S.D. Fla. July 8, 2014) ("Copyright infringement is a tortious act, and a person who infringes upon a copyright whose owner resides in Florida causes injury inside the state."); Venus Fashion, Inc. v. Changchun Chengji Tech. Co., No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless of where the offensive material was posted.") (collecting cases).

5.      Venue properly lies in this district pursuant to 28 U.S.C. § 1400(a) because Defendant or its agents reside or may be found in this district. "A defendant 'may be found' in a district in which he could be served with process; that is, in a district which may assert personal jurisdiction over the defendant." Palmer v. Braun, 376 F.3d 1254, 1259-60 (11th Cir. 2004). "In other words, 'if a court has personal jurisdiction over the defendants in a copyright infringement action, venue in that court's district is proper.'" McGregor v. In Tune Music Grp., No. 15-62044-

2

PreparedFoods_000028

CIV-ZLOCH, 2016 U.S. Dist. LEXIS 190302, at *11 (S.D. Fla. July 29, 2016) (quoting Store Decor Div. of Jas Int'l, Inc. v. Stylex Worldwide Indus., Ltd., 767 F. Supp. 181, 185 (N.D. Ill. 1991).

## FACTS

I.    **Plaintiff's Business**

6.    Plaintiff is in the business of licensing high-end, professional photographs for the food industry.

7.    Through its commercial website (www.preparedfoodphotos.com), Plaintiff offers a monthly subscription service which provides access to/license of tens of thousands of professional images.

8.    As of the date of this pleading, Plaintiff charges its clients (generally, grocery stores, restaurant chains, food service companies, etc.) a monthly fee of $999.00 for access to its library of professional photographs.

9.    Plaintiff does not license individual photographs or otherwise make individual photographs available for purchase.  Plaintiff's business model relies on its recurring monthly subscription service such that Plaintiff can continue to maintain its impressive portfolio.

10.   Plaintiff owns each of the photographs available for license on its website and serves as the licensing agent with respect to licensing such photographs for limited use by Plaintiff's customers.  To that end, Plaintiff's standard terms include a limited, non-transferable license for use of any photograph by the customer only.  Plaintiff's license terms make clear that all copyright ownership remains with Plaintiff and that its customers are not permitted to transfer, assign, or sub-license any of Plaintiff's photographs to another person/entity.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

PreparedFoods_000029

## II.     The Work at Issue in this Lawsuit

11.     In 1999, a professional photographer created a photograph titled "BeefCubeSteakGrlMrk001.jpg" (the "Work").  A copy of the Work is exhibited below.



12.     The Work was registered by Plaintiff (pursuant to a work-for-hire agreement with the author that transferred all rights and title in the photograph to Plaintiff) with the Register of Copyrights on August 5, 2016 and was assigned Registration No. VA 2-012-581. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

13.     Plaintiff is the owner of the Work and has remained the owner at all times material hereto.

## III.     Defendant's Unlawful Activities

14.     Defendant owns and operates a buffalo ranch in Woodland, Utah and operates an online store (at https://buffalorunranch.com/) that sells buffalo meat/other products to customers

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

PreparedFoods_000030

throughout the United States.

     15.     Defendant advertises/markest its business primarily through its aforementioned website, social media (e.g. https://www.facebook.com/buffalorunranchwoodland/about/?ref=page_internal), and other forms of advertising.

     16.     On a date after Plaintiff's above-referenced copyright registration of the Work, Defendant published the Work on its https://buffalorunranch.com/ website in connection with the sale of "Cube Steak (2 per pkg.)":



A true and correct copy of screenshots of Defendant's website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

     17.     The foregoing display of the Work on Defendant's website was accessible and was in fact accessed from persons in the State of Florida.

     18.     Defendant is not and has never been licensed to use or display the Work. Defendant never contacted Plaintiff to seek permission to use the Work in connection with its

website/advertising or for any other purpose – even though the Work that was copied is clearly professional stock photography that would put Defendant on notice that the Work was not intended for public use.

19.     Defendant utilized the Work for commercial use – namely, in connection with the marketing of Defendant's business and sale of buffalo meat product.

20.     Upon information and belief, Defendant located a copy of the Work on the internet and, rather than contact Plaintiff to secure a license, simply copied the Work for its own commercial use.

21.     Through its ongoing diligent efforts to identify unauthorized use of its photographs, Plaintiff first discovered Defendant's unauthorized use/display of the Work in approximately May 2019.  Following Plaintiff's discovery, Plaintiff notified Defendant in writing of such unauthorized use.  To date, however, Defendant has not responded to Plaintiff, thus necessitating the filing of this lawsuit to protect Plaintiff's rights with respect to the Work.

22.     All conditions precedent to this action have been performed or have been waived.

## COUNT I – COPYRIGHT INFRINGEMENT

23.     Plaintiff re-alleges and incorporates paragraphs 1 through 22 as set forth above.

24.     The Work is an original work of authorship, embodying copyrightable subject matter, that is subject to the full protection of the United States copyright laws (17 U.S.C. § 101 *et seq.*).

25.     Plaintiff owns a valid copyright in the Work, having registered the Work with the Register of Copyrights and owning sufficient rights, title, and interest to such copyright to afford Plaintiff standing to bring this lawsuit and assert the claim(s) herein.

26.     As a result of Plaintiff's reproduction, distribution, and public display of the Work,

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228

PreparedFoods_000032

Defendant had access to the Work prior to its own reproduction, distribution, and public display of the Work on its commercial website.

27.    Defendant reproduced, distributed, and publicly displayed the Work without authorization from Plaintiff.

28.    By its actions, Defendant infringed and violated Plaintiff's exclusive rights in violation of the Copyright Act, 17 U.S.C. § 501, by reproducing, distributing, and publicly displaying the Work for its own commercial purposes.

29.    Defendant's infringement was willful as it acted with actual knowledge or reckless disregard for whether its conduct infringed upon Plaintiff's copyright.  Notably, in the "Terms of Service" published on Defendant's website, Defendant includes a section titled "Copyright Infringement and DMCA Policy" which states, in material part: "As Buffalo Run Ranch asks others to respect its intellectual property rights, it respects the intellectual property rights of others."  Defendant clearly understands that high-end food photography is not generally available for free or that such can simply be copied from the internet.

30.    Plaintiff has been damaged as a direct and proximate result of Defendant's infringement.

31.    Plaintiff is entitled to recover its actual damages resulting from Defendant's unauthorized use of the Work and, at Plaintiff's election (pursuant to 17 U.S.C. § 504(b), Plaintiff is entitled to recover damages based on a disgorgement of Defendant's profits from infringement of the Work, which amounts shall be proven at trial.

32.    Alternatively, and at Plaintiff's election, Plaintiff is entitled to statutory damages pursuant to 17 U.S.C. § 504(c), in such amount as deemed proper by the Court.

33.    Pursuant to 17 U.S.C. § 505, Plaintiff is further entitled to recover its costs and

7

attorneys' fees as a result of Defendant's conduct.

34.     Defendant's conduct has caused and any continued infringing conduct will continue to cause irreparable injury to Plaintiff unless enjoined by the Court.  Plaintiff has no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, Plaintiff is entitled to a permanent injunction prohibiting infringement of Plaintiff's exclusive rights under copyright law.

**WHEREFORE**, Plaintiff demands judgment against Defendant as follows:

a.  A declaration that Defendant has infringed Plaintiff's copyrights in the Work;

b.  A declaration that such infringement is willful;

c.  An award of actual damages and disgorgement of profits as the Court deems proper or, at Plaintiff's election, an award of statutory damages for willful infringement up to $150,000.00 for each infringement of the Work;

d.  Awarding Plaintiff its costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

e.  Awarding Plaintiff interest, including prejudgment interest, on the foregoing amounts;

f.  Permanently enjoining Defendant, its employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries and assigns, and all those in active concert and participation with Defendant, from directly or indirectly infringing Plaintiff's copyrights or continuing to display, transfer, advertise, reproduce, or otherwise market any works derived or copied from the Work or to participate or assist in any such activity; and

g.  For such other relief as the Court deems just and proper.

**Demand For Jury Trial**

Plaintiff demands a trial by jury on all issued so triable.

Dated: _____, 2021.

COPYCAT LEGAL PLLC
3111 N. UNIVERSITY DRIVE, SUITE 301 • CORAL SPRINGS, FL  33065
TELEPHONE (877) 437-6228
PreparedFoods_000034

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
james@copycatlegal.com

By: /s/ Daniel DeSouza, Esq.
     Daniel DeSouza, Esq.
     Florida Bar No.: 19291
     James D'Loughy, Esq.
     Florida Bar No.: 0052700

PreparedFoods_000035

EXHIBIT "A"

PreparedFoods_000036

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-012-581

**Effective Date of Registration:**
August 05, 2016

---

## Title

| | |
|---|---|
| **Title of Work:** | ADLIFE Collection 073116 |
| **Previous or Alternate Title:** | Group Registration/ Photos, 135 photos  published 1/11 - 12/29/1999 |
| **Series Title:** | BeefFiletmignonGrlMrk013 |

    **Number**: 001
    **Date on Copies**: 05/10/1999

    BeefHamburger022
    **Number**: 002
    **Date on Copies**: 07/20/1999

    BeefHamburgerGrill003
    **Number**: 003
    **Date on Copies**: 07/19/1999

    BeefHotDog005
    **Number**: 004
    **Date on Copies**: 06/15/1999

    BeefLondonBroilGrlMark004
    **Number**: 005
    **Date on Copies**: 05/08/1999

    BeefTboneGrillFire001
    **Number**: 006
    **Date on Copies**: 10/30/1999

    CherryBing010
    **Number**: 007
    **Date on Copies**: 06/04/1999

    ChickenDrumstickGrlMark004
    **Number**: 008
    **Date on Copies**: 07/21/1999

    ChickenHalfGrill002
    **Number**: 009
    **Date on Copies**: 12/23/1999

    ChickenWingBuffalo013
    **Number**: 010
    **Date on Copies**: 11/09/1999

PreparedFoods_000037

CookiePeanutButterKiss004
**Number:** 011
**Date on Copies:** 12/10/1999

CookiePizelle001
**Number:** 012
**Date on Copies:** 07/30/1999

Guacamole005
**Number:** 013
**Date on Copies:** 09/15/1999

JuiceSmoothy001
**Number:** 014
**Date on Copies:** 10/10/1999

JuiceTomato001
**Number:** 015
**Date on Copies:** 10/10/1999

LobsterBoiled001
**Number:** 016
**Date on Copies:** 09/20/1999

LoxBagel
**Number:** 017
**Date on Copies:** 03/24/1999

Peach005
**Number:** 018
**Date on Copies:** 11/04/1999

PeachKnife001
**Number:** 019
**Date on Copies:** 11/04/1999

PieLemonMeringueSlice002
**Number:** 020
**Date on Copies:** 08/30/1999

PieStrawberry006
**Number:** 021
**Date on Copies:** 08/05/1999

PorkRibBabyBack011
**Number:** 022
**Date on Copies:** 07/29/1999

PorkRibCntyStlBnIn011
**Number:** 023
**Date on Copies:** 07/22/1999

PorkRibGrill003
**Number:** 024
**Date on Copies:** 07/25/1999

SaladColeSlaw014
**Number:** 025



PreparedFoods_000038

**Date on Copies:** 09/15/1999

Tortilla001
**Number:** 026
**Date on Copies:** 09/10/1999

AppetizerAsst004
**Number:** 027
**Date on Copies:** 04/17/1999

BaconFig001
**Number:** 028
**Date on Copies:** 04/17/1999

CeleryPeanutbutter001
**Number:** 029
**Date on Copies:** 03/27/1999

CeleryPeanutbutter002
**Number:** 030
**Date on Copies:** 04/17/1999

CrackerPepperoni001
**Number:** 031
**Date on Copies:** 04/17/1999

HummasTabuli001
**Number:** 032
**Date on Copies:** 04/17/1999

BeefCheesburgerGrill001
**Number:** 033
**Date on Copies:** 03/27/1999

Hummas006
**Number:** 034
**Date on Copies:** 04/17/1999

BeefCheeseburgerGrlMrk006
**Number:** 035
**Date on Copies:** 04/17/1999

BeefCheeseburgerTriple001
**Number:** 036
**Date on Copies:** 04/17/19999

BeefHamburger005
**Number:** 037
**Date on Copies:** 04/17/1999

Hummus008
**Number:** 038
**Date on Copies:** 04/17/1999

BeefHamburger007
**Number:** 039
**Date on Copies:** 04/17/1999

PreparedFoods_000039

JalapenoPopper001
**Number:** 040
**Date on Copies:** 04/17/1999

LobsterDip001
**Number:** 041
**Date on Copies:** 04/17/1999

BeefHamburgerGrilMrk005
**Number:** 042
**Date on Copies:** 04/17/1999

LobsterShrimpDip001
**Number:** 043
**Date on Copies:** 04/17/1999

BeefHamburgerGrilMark008
**Number:** 044
**Date on Copies:** 04/17/1999

BeefMeatball001
**Number:** 045
**Date on Copies:** 04/17/1999

BeefMeatball004
**Number:** 046
**Date on Copies:** 04/17/1999

MediterraneanTray001
**Number:** 047
**Date on Copies:** 04/17/1999

MediterraneanTray002
**Number:** 048
**Date on Copies:** 08/15/1999

BeefMeatloaf014
**Number:** 049
**Date on Copies:** 08/15/1999

OnionRing001
**Number:** 050
**Date on Copies:** 03/27/1999

OnionRing003
**Number:** 051
**Date on Copies:** 04/17/1999

PartyTray001
**Number:** 052
**Date on Copies:** 09/20/1999

Bacon005
**Number:** 053
**Date on Copies:** 09/20/1999

PorkButtSteakGrlMrk001
**Number:** 054



**Date on Copies:** 09/20/1999

BeefMeatLoaf016
**Number:** 055
**Date on Copies:** 09/20/1999

BeefMeatloaf018
**Number:** 056
**Date on Copies:** 09/20/1999

BeefSloppyJoe001
**Number:** 057
**Date on Copies:** 09/20/1999

BeefStuffedPepper001
**Number:** 058
**Date on Copies:** 09/20/1999

BakedAlaska001
**Number:** 059
**Date on Copies:** 09/20/1999

PorkChopBaconWrapped001
**Number:** 060
**Date on Copies:** 09/20/1999

PorkChopBnIn009
**Number:** 061
**Date on Copies:** 09/20/1999

BeefLondonBroil013
**Number:** 062
**Date on Copies:** 04/01/1999

TilapiaWholeCooked001
**Number:** 063
**Date on Copies:** 05/21/1999

WhiteAmericanCheeseHC1103_L_300_C_R
**Number:** 064
**Date on Copies:** 11/23/1999

WatermelonFSHC1308_L_300_C_R
**Number:** 065
**Date on Copies:** 03/27/1999

ApricotsBowlHC1108_L_C_300_C_R
**Number:** 066
**Date on Copies:** 06/13/1999

PepperJackCheeseHC1103_L_300_C_R
**Number:** 067
**Date on Copies:** 12/02/1999

FlankSteakCookedHC1104_L_300_C_R
**Number:** 068
**Date on Copies:** 02/05/1999

BlockCheddarFSH1208_L_300_C_R
**Number:** 069
**Date on Copies:** 05/15/1999

HamCheeseSandwichHC1101_L_300_C_R
**Number:** 070
**Date on Copies:** 10/20/1999

CucumbersFSHC1412_L_300_C_R
**Number:** 071
**Date on Copies:** 08/07/1999

FlowerBouquetFSCH1305_L_300_C_R
**Number:** 072
**Date on Copies:** 06/11/1999

MiniLoavesHC1111FS_L_300_C_R
**Number:** 073
**Date on Copies:** 08/10/1999

SalsaDipChipsHC1108_L_300_C_R
**Number:** 074
**Date on Copies:** 04/15/1999

BrowniesHC1012_M_150_C_R
**Number:** 075
**Date on Copies:** 08/18/1999

BratwurstGrilledFSHC1112_L_300_C_R
**Number:** 076
**Date on Copies:** 08/19/1999

BeefChuckRoast7Bone001
**Number:** 077
**Date on Copies:** 04/20/1999

BeefChuckRoastBnIn005
**Number:** 078
**Date on Copies:** 03/03/1999

BeefChuckRoastBnls006
**Number:** 079
**Date on Copies:** 02/13/1999

BeefChuckSteakBnls007
**Number:** 080
**Date on Copies:** 08/10/1999

BeefEyeRoundRoastDinner001
**Number:** 081
**Date on Copies:** 11/13/1999

CornedBeefDinner001
**Number:** 082
**Date on Copies:** 01/30/1999

CornedBeefDinner009
**Number:** 083



**Date on Copies:** 02/23/1999

CornedBeefDinner010
**Number:** 084
**Date on Copies:** 04/09/1999

CornedBeefDinner013
**Number:** 085
**Date on Copies:** 04/09/1999

CornedBeefDinner014
**Number:** 086
**Date on Copies:** 06/26/1999

CornedBeefDinner021
**Number:** 087
**Date on Copies:** 03/24/1999

DSCO3680
**Number:** 088
**Date on Copies:** 02/03/1999

CornedBeefDinner023
**Number:** 089
**Date on Copies:** 03/24/1999

PotRoastDinner001
**Number:** 090
**Date on Copies:** 08/21/1999

SalisburySteakDinner002
**Number:** 091
**Date on Copies:** 08/09/1999

BeefHotDog011
**Number:** 092
**Date on Copies:** 02/10/1999

BeefBottomRoundRoast015
**Number:** 093
**Date on Copies:** 12/12/1999

BeefBottomRoundRoast017
**Number:** 094
**Date on Copies:** 04/30/1999

BeefBrisket001
**Number:** 095
**Date on Copies:** 07/23/1999

BeefBrisket002
**Number:** 096
**Date on Copies:** 0716/1999

BeefBrisket007
**Number:** 097
**Date on Copies:** 03/16/1999

BeefBrisket009
**Number:** 098
**Date on Copies:** 09/02/1999

CornedBeefBrisketFlat004
**Number:** 099
**Date on Copies:** 03/03/1999

Bacon002
**Number:** 100
**Date on Copies:** 11/03/1999

CornedBeefBrisketPoint001
**Number:** 101
**Date on Copies:** 02/04/1999

BeefKabob001
**Number:** 102
**Date on Copies:** 11/28/1999

BeefKabob013
**Number:** 103
**Date on Copies:** 12/29/1999

BeefKabobGrlMrk002
**Number:** 104
**Date on Copies:** 01/11/1999

BeefCubeSteakGrlMrk001
**Number:** 105
**Date on Copies:** 09/17/1999

BeefEyeRoundRoast002
**Number:** 106
**Date on Copies:** 09/17/1999

BeefEyeRoundRoast014
**Number:** 107
**Date on Copies:** 11/26/1999

BeefEyeRoundSteakGrlMrk001
**Number:** 108
**Date on Copies:** 09/17/1999

BeefFiletMignon001
**Number:** 109
**Date on Copies:** 10/28/1999

BeefFiletMignon002
**Number:** 110
**Date on Copies:** 12/15/1999

BeefFlatIronSteakGrlMrk001
**Number:** 116
**Date on Copies:** 09/06/1999

BeefFiletMignonGrlMrk001
**Number:** 111



**Date on Copies**: 06/15/1999

BeefFiletMignonGrlMrk007
**Number**: 112
**Date on Copies**: 09/07/1999

BeefFiletMignonGrlMrk008
**Number**: 113
**Date on Copies**: 01/13/1999

BeefFiletMignonGrlMrk010
**Number**: 114
**Date on Copies**: 04/23/1999

BeefFlankSteak005
**Number**: 115
**Date on Copies**: 08/16/1999

BeefCheeseBurger001
**Number**: 117
**Date on Copies**: 08/16/1999

BeefCheeseBurger003
**Number**: 118
**Date on Copies**: 08/16/1999

RiceNoodleDumpling001
**Number**: 119
**Date on Copies**: 10/15/1999

CakeChocolateMapleSlice001
**Number**: 120
**Date on Copies**: 07/15/1999

Pancake002
**Number**: 121
**Date on Copies**: 03/04/1999

FriedRice002
**Number**: 122
**Date on Copies**: 01/24/1999

IceCreamNeapolitanCone001
**Number**: 123
**Date on Copies**: 08/13/1999

SpiralHam
**Number**: 124
**Date on Copies**: 02/11/1999

TurkeyWhole014
**Number**: 125
**Date on Copies**: 11/29/1999

KeyLimes
**Number**: 126
**Date on Copies**: 10/23/1999

ChickenKabob002
**Number:** 127
**Date on Copies:** 12/29/1999

LambLegBnls001
**Number:** 128
**Date on Copies:** 02/03/1999

LambLegShankGrlMrk001
**Number:** 129
**Date on Copies:** 05/20/1999

ZittiMarinaraSauce001
**Number:** 130
**Date on Copies:** 12/22/1999

TurkeyWhole001
**Number:** 131
**Date on Copies:** 12/04/1999

YogurtBlueberry002
**Number:** 132
**Date on Copies:** 07/21/1999

SubAmericanColdCut009
**Number:** 133
**Date on Copies:** 07/30/1999

MediterraneanChicken
**Number:** 134
**Date on Copies:** 05/27/1999

Vegetables
**Number:** 135
**Date on Copies:** 01/27/1999



## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1999 |
| **Date of 1st Publication:** | January 11, 1999 |
| **Nation of 1st Publication:** | United States |

## Author

- **Author:** Adlife Marketing & Communications Co., Inc., Employer for Hire of David Cioffi
- **Author Created:** photograph
- **Work made for hire:** Yes
- **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Adlife Marketing & Communications Co., Inc.
38 CHURCH ST., PAWTUCKET, RI, 02860-3906, United States

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | SHORES & OLIVER P.C. |
| **Name:** | Milton McKinnon Oliver |
| **Email:** | milton.oliver@shoresoliver.com |
| **Telephone:** | (774)521-3058 |
| **Alt. Telephone:** | (781)910-9664 |
| **Address:** | PO BOX 790 |
| | COTUIT, MA 02635-0790 United States |

## Certification

| | |
|---|---|
| **Name:** | MILTON M. OLIVER |
| **Date:** | August 05, 2016 |
| **Applicant's Tracking Number:** | 873-057-302 |

| | |
|---|---|
| **Correspondence:** | Yes |



EXHIBIT "B"

PreparedFoods_000049



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326406162212721900**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Company Name**
Buffalo Run Ranch

**Company Address**
4611 E Bench Creek Rd
Woodland, UT 84036

**Company Phone Number**
435-200-9360

**URL Containing Image**
https://buffalorunranch.com/



**Image Name**
BeefCubeSteakGrlMrk001

**Registration Number**
VA0002012581





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326407502212033489**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Company Name**
Buffalo Run Ranch

**Company Address**
4611 E Bench Creek Rd
Woodland, UT 84036

**Company Phone Number**
435-200-9360

**URL Containing Image**
https://buffalorunranch.com/product-category/steaks



**Image Name**
BeefCubeSteakGrlMrk001

**Registration Number**
VA0002012581





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326408342215496142**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Company Name**
Buffalo Run Ranch

**Company Address**
4611 E Bench Creek Rd
Woodland, UT 84036

**Company Phone Number**
435-200-9360

**URL Containing Image**
https://buffalorunranch.com/store



**Image Name**
BeefCubeSteakGrlMrk001

**Registration Number**
VA0002012581





## IMPORTANT!

Adlife has conducted a routine audit of it's licensed images. Having completed this audit, we have found significantly more usage than properly licensed.

Adlife does not have a record of your license on file and believes a license and/or copyright infringement may have been committed.

Should you or your company have proper licensing in place, please contact us directly. Should there be an appropriate license and you are able to substantiate it, please provide same to us.

If you do have a license we apologize for any inconvenience this may have caused.

**Adlife Marketing & Communications Co., Inc.**

38 Church Street

Pawtucket, RI 02860

Dear Sir,

Adlife Marketing and Communications Co., Inc. (Adlife) is the owner of the copyrights and images of certain photographs which have been used by you or your agents or representatives without Adlife's permission or authorization.

**At the present time, and for settlement purposes only, Adlife values the cost of this infringement at $8,000.00.**

**If you have a casualty insurance policy, please forward these documents to your insurance carrier, as these claims are often covered.**

Attached please find the image(s) that were used and the verification of the use of the image(s).

Pursuant to 17 USC chapter 1, section 101 the use of photographs and other pictorial images are protected from unlawful use or reproduction without the consent of the owner of those images.

Pursuant to 17 USC, section 504(b) and (c) a copyright owner may recover the actual damages incurred by it for wrongful and unpermitted use of its images. If the infringement was committed willfully, the courts have discretion to award up to $150,000 per willful infringement.

Based on the fact that you knew or should have known that the images belonged to Adlife, and based on the fact they you used the images on multiple occasions without permission and due to the fact that the images were disseminated to a vast number of people for the purpose of profiting your business, Adlife can only conclude that the use of its images was willful and intentional.

Adlife is writing to you to resolve its claim for money damages without the necessity of the time and expense of a law suit.

If, however, Adlife cannot immediately resolve the issue of the unlawful use of its images, it will be forced to file suit in the appropriate court and jurisdiction and seek the maximum damages permitted under the statute including costs and attorney fees.

Adlife would like to discuss this account with you knowing however that the sole purpose of any conversation with Adlife will be limited to why this is not a willful infraction and/or how the individual or company intends to pay this amount.

I urge you to contact me directly at joel@adlife.com. If Adlife does not hear from you within 10 days it will assume that you do not intend to resolve this matter amicably and it will take all necessary action without further notification.

Joel M. Albrizio
President
Adlife Marketing & Communications
joel@adlife.com
Direct line (617) 759-4504

Adlife Marketing & Communications Co., Inc.



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4458764402212268911**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, October 2, 2019

**Company Name**
Caley's Catering & Events



**Company Address**
PO Box 104
Draper, Utah 84020

**Image Name**
PotatoBaked013

**Company Phone Number**
801-231-5250

**Registration Number**
VA0002019412

**URL Containing Image**
https://caleyscatering.com/lite-menu-options/





## COPYRIGHT INFRINGEMENT NOTICE

# Clearing Space by Design - Linda Isom

**Mailing Address:**

Linda Isom
414 S 1125 W
Layton, Utah 84041

**Phone #:**

801 593 9566



Image: **Ethnic/TexMex/Taquito003**

## URL Containing Copyrighted Image:

http://www.clearingspacebydesign.com/2009_11_01_archive.html



PreparedFoods_000055

October 14th, 2016



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326406162212721900**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Buffalo Run Ranch**
4611 E Bench Creek Rd
Woodland, UT  84036

Dear Buffalo Run Ranch,

You are receiving this correspondence because you may have used the attached image unlawfully.

The image in question is owned by Adlife Marketing & Communications Co., Inc. and was discovered on your website. This image is part of our library of images protected under copyright. Attached is a copy of the image, pertinent information regarding Adlife's proof of ownership, along with the usage of this image on your company's website. If you have a license, please contact us immediately with a copy of that license at licensing@adlife.com.

The use of a copyrighted image without the valid licensing in place is copyright infringement and is in violation of U.S. Copyright law, Title 17 of the United States Code. The purpose of this correspondence is to confirm a previously purchased license for the use of the image OR reach a fair settlement.

<u>If a valid license was purchased for the use of the image:</u> Please provide Adlife a copy of the purchase receipt. In most cases, you can access your download history from the stock image website which was used. A screenshot indicating when the image was purchased, and from whom, will suffice. Any and all valid license information can be forwarded to licensing@adlife.com.

<u>If you know a valid license for this image does NOT exist:</u> You must immediately cease and desist the use of this image and remove it from any promotional and/or advertising usage in any and all media. Attached is information whereby you have the ability to purchase retroactive licensing rights for the image in question, for the amount of **$8,000.00**, which will abate and eliminate any liability associated with the past unlawful use of said image. To avoid further action, such as possible litigation in Federal Court, it is recommended that you contact us at your earliest convenience.

It is important that you understand that just removing the image from your company's website does not release you from any potential liability associated with the unlawful use of the image. The Adlife Licensing Department is willing to discuss the matter and the circumstances surrounding the use of the image. However, Adlife expects to be compensated for the use of the image in question if not properly licensed. If, after settling the issue of the unlawful use of this image in the past, you are interested in continuing to use the image, the Adlife Licensing Department will assist you in obtaining the proper license for all **<u>future</u>** use.

Please note that your failure to respond to this notice may result in further legal action. If you believe this letter has reached you in error, please contact Adlife Licensing Department at licensing@adlife.com. This letter is without prejudice to Adlife's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response to this matter.

Sincerely,

Rebecca M. Jones
Adlife Licensing Department
401-543-7553

PreparedFoods_000056



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326406162212721900**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Company Name**
Buffalo Run Ranch

**Company Address**
4611 E Bench Creek Rd
Woodland, UT 84036

**Company Phone Number**
435-200-9360

**URL Containing Image**
https://buffalorunranch.com/



**Image Name**
BeefCubeSteakGrlMrk001

**Registration Number**
VA0002012581





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

---

**Re: Claim Number: 4326407502212033489**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Buffalo Run Ranch**
4611 E Bench Creek Rd
Woodland, UT  84036

Dear Buffalo Run Ranch,

You are receiving this correspondence because you may have used the attached image unlawfully.

The image in question is owned by Adlife Marketing & Communications Co., Inc. and was discovered on your website. This image is part of our library of images protected under copyright. Attached is a copy of the image, pertinent information regarding Adlife's proof of ownership, along with the usage of this image on your company's website. If you have a license, please contact us immediately with a copy of that license at licensing@adlife.com.

The use of a copyrighted image without the valid licensing in place is copyright infringement and is in violation of U.S. Copyright law, Title 17 of the United States Code. The purpose of this correspondence is to confirm a previously purchased license for the use of the image OR reach a fair settlement.

**If a valid license was purchased for the use of the image:** Please provide Adlife a copy of the purchase receipt. In most cases, you can access your download history from the stock image website which was used. A screenshot indicating when the image was purchased, and from whom, will suffice. Any and all valid license information can be forwarded to licensing@adlife.com.

**If you know a valid license for this image does NOT exist:** You must immediately cease and desist the use of this image and remove it from any promotional and/or advertising usage in any and all media. Attached is information whereby you have the ability to purchase retroactive licensing rights for the image in question, for the amount of **$8,000.00**, which will abate and eliminate any liability associated with the past unlawful use of said image. To avoid further action, such as possible litigation in Federal Court, it is recommended that you contact us at your earliest convenience.

It is important that you understand that just removing the image from your company's website does not release you from any potential liability associated with the unlawful use of the image. The Adlife Licensing Department is willing to discuss the matter and the circumstances surrounding the use of the image. However, Adlife expects to be compensated for the use of the image in question if not properly licensed. If, after settling the issue of the unlawful use of this image in the past, you are interested in continuing to use the image, the Adlife Licensing Department will assist you in obtaining the proper license for all **future** use.

Please note that your failure to respond to this notice may result in further legal action. If you believe this letter has reached you in error, please contact Adlife Licensing Department at licensing@adlife.com. This letter is without prejudice to Adlife's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response to this matter.

Sincerely,


Rebecca M. Jones
Adlife Licensing Department
401-543-7553



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4326407502212033489**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, May 2, 2019

**Company Name**
Buffalo Run Ranch

**Company Address**
4611 E Bench Creek Rd
Woodland, UT 84036

**Company Phone Number**
435-200-9360

**URL Containing Image**
https://buffalorunranch.com/product-category/steaks



**Image Name**
BeefCubeSteakGrlMrk001

**Registration Number**
VA0002012581



PreparedFoods_000059



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4333239250831257821**
**FRE 408 SETTLEMENT COMMUNICATION**

Friday, May 10, 2019

**Meridian Magazine**
409 N. Country Manor Lane
Alpine, UT 84004.

Dear Meridian Magazine,

You are receiving this correspondence because you may have used the attached image unlawfully.

The image in question is owned by Adlife Marketing & Communications Co., Inc. and was discovered on your website. This image is part of our library of images protected under copyright. Attached is a copy of the image, pertinent information regarding Adlife's proof of ownership, along with the usage of this image on your company's website. If you have a license, please contact us immediately with a copy of that license at licensing@adlife.com.

The use of a copyrighted image without the valid licensing in place is copyright infringement and is in violation of U.S. Copyright law, Title 17 of the United States Code. The purpose of this correspondence is to confirm a previously purchased license for the use of the image OR reach a fair settlement.

<u>If a valid license was purchased for the use of the image:</u> Please provide Adlife a copy of the purchase receipt. In most cases, you can access your download history from the stock image website which was used. A screenshot indicating when the image was purchased, and from whom, will suffice. Any and all valid license information can be forwarded to licensing@adlife.com.

<u>If you know a valid license for this image does NOT exist:</u> You must immediately cease and desist the use of this image and remove it from any promotional and/or advertising usage in any and all media. Attached is information whereby you have the ability to purchase retroactive licensing rights for the image in question, for the amount of **$8,000.00**, which will abate and eliminate any liability associated with the past unlawful use of said image. To avoid further action, such as possible litigation in Federal Court, it is recommended that you contact us at your earliest convenience.

It is important that you understand that just removing the image from your company's website does not release you from any potential liability associated with the unlawful use of the image. The Adlife Licensing Department is willing to discuss the matter and the circumstances surrounding the use of the image. However, Adlife expects to be compensated for the use of the image in question if not properly licensed. If, after settling the issue of the unlawful use of this image in the past, you are interested in continuing to use the image, the Adlife Licensing Department will assist you in obtaining the proper license for all <u>**future**</u> use.

Please note that your failure to respond to this notice may result in further legal action. If you believe this letter has reached you in error, please contact Adlife Licensing Department at licensing@adlife.com. This letter is without prejudice to Adlife's rights and remedies, all of which are expressly reserved.

We look forward to your prompt response to this matter.

Sincerely,

David W. Higgins
Adlife Licensing Department
617-775-3289

PreparedFoods_000060



Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4333239250831257821**
**FRE 408 SETTLEMENT COMMUNICATION**

Friday, May 10, 2019

**Company Name**
Meridian Magazine

**Company Address**
409 N. Country Manor
Lane Alpine, UT 84004.

**Company Phone Number**
202-714-5775

**URL Containing Image**
https://latterdaysaintmag.com/article-1-14809/



**Image Name**
PotatoAsst001_ADL

**Registration Number**
VA0002033004





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4458764402212268911**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, October 2, 2019

**Company Name**
Caley's Catering & Events

**Company Address**
PO Box 104
Draper, Utah 84020

**Company Phone Number**
801-231-5250

**URL Containing Image**
https://caleyscatering.com/lite-menu-options/



**Image Name**
PotatoBaked013

**Registration Number**
VA0002019412





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4475837350836351913**
**FRE 408 SETTLEMENT COMMUNICATION**

Tuesday, October 22, 2019

**Company Name**
ACR International, LLC

**Company Address**
223 West 1230 North #102
Provo, Utah 84604

**Company Phone Number**
(855) 648-1230

**URL Containing Image**
https://www.acrllc.com/freerecipes.html



**Image Name**
BeefRibRoast004.jpg

**Registration Number**
VA0002009665





Adlife Marketing & Communications Co., Inc.
38 Church St • Pawtucket, RI 02860
Phone: (401) 723-4782

**Re: Claim Number: 4791969350837067739**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, October 22, 2020

**Company Name**
Lee's Marketplace

**Company Address**
555 E 1400 N
Logan, UT 84341

**Company Phone Number**
(435) 755-5100

**URL Containing Image**
https://digitalcommons.usu.edu/cgi/viewcontent.cgi?
article=1080&context=newspapers



**Image Name**
Carrots0409.

**Registration Number**
VA0002023644





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 4928247536832078598**
**FRE 408 SETTLEMENT COMMUNICATION**

Monday, March 29, 2021

**Company Name**
Big Daddy's Direct

**Company Address**
45 E 300 N
Monroe, UT 84754

**Company Phone Number**
(435) 231-1319

**URL Containing Image**
https://www.facebook.com/Big-Daddys-Direct-Cedar-City-Utah-106257547691122/



**Image Name**
BananaChipsHR0611.

**Registration Number**
VA0002024712





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5075335546834507023**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, September 15, 2021

**Company Name**
Utah Education Network

**Company Address**
101 Wasatch Drive
Salt Lake City, UT 84112

**Company Phone Number**
(801) 585-6013

**URL Containing Image**
https://www.uen.org/tv/cheese/



**Image Name**
CheeseGouda004_ADL

**Registration Number**
VA0002027767





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5088329106838228340**
**FRE 408 SETTLEMENT COMMUNICATION**

Thursday, September 30, 2021

**Company Name**
Intermountain Healthcare



**Company Address**
36 S State Street
Salt Lake City, Utah 84111

**Image Name**
CheeseBall004

**Company Phone Number**
(801) 442-3430

**Registration Number**
VA0002014921

**URL Containing Image**
https://intermountainhealthcare.org/blogs/topics/live-well/2013/11/what-could-you-eat-if-you-didnt-have-that-drink/



PreparedFoods_000067



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5135669566612740464**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, November 24, 2021

**Company Name**
University of Utah Health



**Company Address**
50 North Medical Drive
Salt Lake City, UT 84132

**Image Name**
PizzaBites002.

**Company Phone Number**
801-581-2121

**Registration Number**
VA0002017741

**URL Containing Image**
https://healthcare.utah.edu/healthfeed/postings/2015/04/







PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5140229336214057146**
**FRE 408 SETTLEMENT COMMUNICATION**                    Monday, November 29, 2021

**Company Name**
Dry Lakes Ranch Beef

**Company Address**
73 North Main Street
PO Box 1561
Parowan, Utah 84761

**Company Phone Number**
435-559-1561

**URL Containing Image**
https://www.drylakesranchbeef.com/product-page/boneless-chuck-roast



**Image Name**
BeefChuckRoastBnls001.jpg

**Registration Number**
VA0002022602

PreparedFoods_000069

https://www.drylakesranchbeef.

**Dry Lakes Ranch Beef**  Home    Buy in Bulk    Know Our Cattle    Know Yo

Home / Boneless Chuck Roast (3 sizes available)



Welcome.

Sold by the pound, boneless Chuck Roasts are tender, flavorful, and moist.

PreparedFoods_000070



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5172026536613300077**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, January 5, 2022

**Company Name**
The Company Grill

**Company Address**
5185 Frontier Dr,
Mountain Green, Utah, 84050

**Company Phone Number**
(801) 309-0952

**URL Containing Image**
https://companygrill.com/memphis-style-bbq/



**Image Name**
ChickenSandwichBBQ002.

**Registration Number**
VA0002015841



PreparedFoods_000072



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5347336666617401650**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, July 27, 2022

**Company Name**
NUTRIEX, LLC

**Company Address**
1055 East 2100 South, Suite 203
Salt Lake City, Utah 84106

**Company Phone Number**
888-(688-7439)

**URL Containing Image**
https://nutriex.com/nutriex-insights/cancer-prevention/



**Image Name**
BeefCheeseburgerTriple001

**Registration Number**
VA0002012581

PreparedFoods_000074



PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5456329446615041065**
**FRE 408 SETTLEMENT COMMUNICATION**

Wednesday, November 30, 2022

**Company Name**
8coupons inc.

**Company Address**
PO Box 70614,
Salt Lake City, Utah, 84101

**Company Phone Number**
(212) 656-1589

**URL Containing Image**
https://www.8coupons.com/stores/local/we-deliver-cookeville-38501



**Image Name**
WrapTurkey004.

**Registration Number**
VA0002017741





PreparedFoodPhotos.com
P.O. Box 1000 • Slatersville, RI. 02876
licensing@PreparedFoodPhotos.com
1-866-609-1548

**Re: Claim Number: 5639655623212604722**
**FRE 408 SETTLEMENT COMMUNICATION**                    Friday, June 30, 2023

**Company Name**
Easy Chef's One Million Recipes



**Company Address**
ACR International, LLC
223 West 1230 North#102
Provo, Utah 84604

**Image Name**
BeefRibRoast004.jpg

**Company Phone Number**
855-648-1230

**Registration Number**
VA0002009665

**URL Containing Image**
https://onemillionrecipes.com/free-recipes.html

Screen Shot 2023-06-30 at 4.13.15 PM.png



## COPYRIGHT INFRINGEMENT NOTICE                    *STC*

# Alliance Health Networks

## Mailing Address:

Alliance Health Networks

9 E Exchange Place Ste. 200

Salt Lake City, UT 84111

## Phone #:

801-355-6002



*Meats/Beef/BeefDinner/CornedBeefDinner001_ADL*

## URL Containing Copyrighted Images:

http://www.diabeticconnect.com/diabetes-slideshows/380-chips-and-dips-recipes#20







## COPYRIGHT INFRINGEMENT NOTICE

# Associated Food Stores, Inc

**Mailing Address:**

Associated Food Stores, Inc
1850 W 2100 S
Salt Lake City Utah 84119

**Phone #:**

801 973 4400



**URL Containing Copyrighted Image:**

http://cashcarryfoods.com/promotions/115?banner=true



Joel Albrizio - Joel@adlife.com  617.759.4504



## *COPYRIGHT INFRINGEMENT NOTICE*

# Clearing Space by Design - Linda Isom

**Mailing Address:**

Linda Isom
414 S 1125 W
Layton, Utah 84041

**Phone #:**

801 593 9566



Image: **Ethnic/TexMex/Taquito003**

## URL Containing Copyrighted Image:

http://www.clearingspacebydesign.com/2009_11_01_archive.html





*COPYRIGHT INFRINGEMENT NOTICE*

# Alliance Health Networks



**Mailing Address:**
Alliance Health Networks
10855 S. Riverfront Pkwy
Suite 100
South Jordan, UT 84095

Image: **Pizza_Calzone/Pizza/PizzaCheese008**

**Phone #:**
801 355 6002

**URL Containing Copyrighted Image:**

http://www.diabeticconnect.com/diabetes-slideshows/272-diabetic-friendly-pizza-party-recipes#2



Joel Albrizio - Joel@adlife.com  617.759.4504

PreparedFoods_000080

September 30th, 2016



---

## COPYRIGHT INFRINGEMENT NOTICE

---

# Foodell, Inc.

**Mailing Address:**

Foodell, Inc.
1202 Lowell Avenue
Park City, UT 84068

**Phone #:**

435 640 7597

**URL Containing Copyrighted Image:**

http://www.foodell.com/recipes/creamy-crab-dip







## COPYRIGHT INFRINGEMENT NOTICE

# Harley & Buck's
# Great American Cuisine

### Mailing Address:

Harley & Buck's Great American Cuisine
2432 Washington Blvd.
Ogden, UT 84401

### Phone #:

801 745 2060



Image: **ChickenCooked/Wing/ChickenWingHot007**

### URL Containing Copyrighted Image:

http://harleyandbucks.com/menu/



Joel Albrizio - Joel@adlife.com  617.759.4504

September 30th, 2016



---

## *COPYRIGHT INFRINGEMENT NOTICE*

---

# Herald Communications



**Mailing Address:**

Herald Communications
86 N. University Ave. #300
Provo, UT 84601

**Phone #:**

801 373 5050

Image: /Chip_Popcorn_Snack/PretzelSoft001

**URL Containing Copyrighted Image:**

http://www.heraldextra.com/entertainment/dining/places-in-utah-county-to-celebrate-national-pretzel-day/collection_55752852-0ab9-5704-8f78-6c7e90dcbdd5.html





*COPYRIGHT INFRINGEMENT NOTICE*

# JMH Premium

### Mailing Address:

JMH Premium
1389 Center Drive
Suite 340
Park City, UT 84098

### Phone #:

888 741 4564



Image: **Produce/Vegetables/Broccoli/BroccoliCheese002**

### URL Containing Copyrighted Image:

http://www.jmhpremium.com/sauces/



PreparedFoods_000084

Contact: licensing@adlife.com

October 14th, 2016



## COPYRIGHT INFRINGEMENT NOTICE

# Petersons Fresh Market



### Physical Address:

Petersons Fresh Market
1784 West 12600 South
Riverton, UT 84065

### Phone #:

801 254 5829

### URL Containing Copyrighted Image:

http://petersonsfreshmarket.com/departments/signature-items



Joel Albrizio - Joel@adlife.com  617.759.4504

July 20th, 2016



---

## *COPYRIGHT INFRINGEMENT NOTICE*

---

# Rocky Mountain Fine Foods

**Mailing Address:**

Rocky Mountain Fine Foods
1304 N Redwood Rd
Saratoga Springs, UT 84045

**Phone #:**

801 857 7741



Image: **ChickenCooked/Breast/ChickenBreastBnlsGrlMrk021**

**URL Containing Copyrighted Image:**

http://rockymtnfinefoods.com/contact-us.html



Joel Albrizio - Joel@adlife.com  617.759.4504

September 16th, 2016



## Copyright Infringement Notice

# CompanyName

ThermoWorks, Inc.

**Address**

JThermoworks Inc

1762 West 20 South # 100

Lindon, UT 84042

**Email Address:**

info@thermoworks.com

**Phone #:**

801 756 7705

**URL Containing Copyrighted Image:**

http://www.recipelion.com/Turkey-Recipes/Simple-Roasted-Turkey





Joel Albrizio - Joel@adlife.com  617.759.4504

July 14th, 2016



## COPYRIGHT INFRINGEMENT NOTICE

# Walker Edison Furniture Company LLC

### Mailing Address:

Walker Edison Furniture Company LLC
4350 W 2100 S Ste A
Salt Lake City, Utah 84120-2351

### Phone #:

801 433 3008

Image: /Chip_Popcorn_Snack/PopcornCaramelPeanut001

### URL Containing Copyrighted Image:

http://ablogfortheunconventional.blogspot.com/2015/02/watching-tv.html



Joel Albrizio - Joel@adlife.com  617.759.4504

August 26th, 2016



---

## *COPYRIGHT INFRINGEMENT NOTICE*

---

# Wasatch Food Services



### Physical Address:

Wasatch Food Services, LLC
1412 N 350 W
Clearfield, UT 84015-2817

### Phone #:

801 525 8941

### URL Containing Copyrighted Image:

http://wasatchfoodservices.com/AdditionalMenuChoices.htm



Joel Albrizio - Joel@adlife.com  617.759.4504

July 20th, 2016



## *COPYRIGHT INFRINGEMENT NOTICE*

# Alliance Health Networks



**Mailing Address:**

Alliance Health Networks
10855 S. Riverfront Pkwy
Suite 100
South Jordan, UT 84095

**Phone #:**

801 355 6002

Image: **Pizza_Calzone/Pizza/PizzaCheese008**

## URL Containing Copyrighted Image:

http://www.diabeticconnect.com/diabetes-slideshows/272-diabetic-friendly-pizza-party-recipes#2



Joel Albrizio - Joel@adlife.com  617.759.4504

PreparedFoods_000090

September 30th, 2016



Copycat Legal PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065

T   877-HERO-CAT (877-437-6228)
E   help@copycatlegal.com

FRE 408 SETTLEMENT COMMUNICATION

January 26, 2022

**VIA FEDERAL EXPRESS AND ELECTRONIC MAIL
(DryLakesRanchBeef@gmail.com):**

Dry Lakes Ranch Beef, LLC
Attn: Kacie Carballo
73 North Main Street
PO Box 1561
Parowan, Utah 84761

*RE:   **Prepared Food Photos, Inc. v. Dry Lakes Ranch Beef, LLC***

Dear Ms. Carballo:

This law firm represents Prepared Food Photos, Inc.   Our client is in the business of licensing high-end, professional photographs for the food industry.   Through its website (www.preparedfoodphotos.com), our client offers a monthly subscription service which provides access to/license of tens of thousands of professional images.   The rights associated with these images are exclusively owned by our client, and it has spent countless hours and substantial monies in building a business that relies on such exclusive subscription service.   The unauthorized use of our client's work deprives our client of much-needed income and forces our client to incur substantial costs (monetary and time) in identifying violators and enforcing its rights.

In 1994, our client created a photograph titled "BeefChuckRoastBnls001" (the "Work"). A copy of the Work is exhibited below:



1 | P a g e

The Work was registered by our client with the Register of Copyrights on November 18, 2016 and was assigned Registration No. VA 2-022-602. A true and correct copy of the Certification of Registration pertaining to the Work is attached hereto as **Exhibit "A."**

To our knowledge, our client *did not* authorize you or your company to use and/or display the subject photograph. Notwithstanding this lack of authorization, our client has identified the subject photograph currently published by Dry Lakes Ranch Beef, LLC. for commercial purposes (https://www.drylakesranchbeef.com/product-page/boneless-chuck-roast):



A true and correct copy of the screenshot from Dry Lakes Ranch Beef, LLC.'s website, displaying the copyrighted Work, is attached hereto as **Exhibit "B."**

If our client is mistaken or if you believe the photograph was previously licensed through our client or some other party, please contact us immediately with evidence of the prior licensing. If we do not hear from you *within fourteen (14) days from the date of this letter*, we will be forced to assume that the photograph was *not* properly licensed and will take appropriate legal action to enforce our client's rights.

If the above-described use of our client's photograph was not properly licensed, please understand that such unauthorized use may constitute federal copyright infringement under 17 U.S.C. § 501.  In such event, I encourage you to discuss the foregoing with your attorney and/or your insurance carrier as copyright infringement is a serious matter that potentially exposes you to substantial damages/attorneys' fees if we are forced to file a lawsuit on behalf of our client.  Keep in mind that attorneys' fees include those you will be forced to incur to mount a defense (if any) *and* potentially the attorneys' fees/costs we will incur to pursue the matter (which may be awarded) if our client prevails in court.  It is important that you are cognizant of that exposure in deciding how to respond to this letter. Assuming our client prevails in court, 17 U.S.C. § 504(c)(1) provides our client the right to recover statutory damages (for *each work* that was infringed) "in a sum of not less than $750 or more than $30,000 as the court considers just."  Further, if the infringement was committed "willfully," the court may increase the award of statutory damages (for *each work* that was infringed) "to a sum of not more than $150,000."

2 | P a g e

Courts in the Eleventh Circuit (which covers Florida,[1] Georgia, and Alabama) have not hesitated (where appropriate) to impose substantial statutory damages against copyright infringers. See, e.g. Reiffer v. World Views LLC, No. 6:20-cv-786-RBD-GJK, 2021 U.S. Dist. LEXIS 38860, at *11 (M.D. Fla. Mar. 1, 2021) (awarding $45,000.00 where *single* photograph of Dubai's cityscape was infringed); Corson v. Gregory Charles Interiors, LLC, No. 9:19-cv-81445, 2020 U.S. Dist. LEXIS 142932, at *14 (S.D. Fla. Aug. 7, 2020) (awarding $57,600.00 where a *single* photograph was infringed); CCA & B, LLC v. Toy, No. 1:19-CV-01851-JPB, 2020 U.S. Dist. LEXIS 248303, at *17 (N.D. Ga. Dec. 14, 2020) (awarding $30,000 for sale of counterfeit goods that infringed plaintiff's copyright).  Please keep in mind both that the facts of these cases may be different than those here (thus militating in favor of a higher or lower award here) and that the above amounts do not account for attorneys' fees which are also recoverable under the Copyright Act.

Please note that Section 504 of the Copyright Act provides for the recovery of statutory damages (as explained above) or (at our client's election) actual damages plus "any additional profits of the infringer that are attributable to the infringement and are not taken into account in computing the actual damages." Of course, if forced to litigate this matter, we will fully explore the damages issue and make an election that is most beneficial to our client.

While this is a serious matter, it is not particularly complex. The subject photograph(s) was either properly licensed or it was not.  If it was, you should notify us immediately of such licensing so that we may inform our client of such.  If it was not properly licensed, then the utilization of our client's work(s) without proper authorization constitutes copyright infringement.  In that case, we will either resolve this issue in court (allowing a court to decide the matter) or privately between the parties.  If the subject use was not authorized, our client hereby makes the following demand:

***You shall pay Thirty Thousand Dollars ($30,000.00) within twenty-one (21) days of the date first written above and shall immediately cease and desist from any further use of our client's work(s)***.

Please contact us within the above-stated period to either provide evidence of licensing or to arrange for payment. If confirmation of a license or payment is received as described above, we will forego the filing of a lawsuit. Otherwise, please be aware that our client does not shy away from enforcing his rights in court.

---

[1]     Our client is a Florida corporation with its principal place of business in Florida.  Our client viewed the subject photograph(s) in Florida and, if forced to file a lawsuit, would proceed by filing in the United States District Court for the Southern District of Florida.  See, e.g. Vallejo v. Narcos Prods., LLC, No. 1:18-cv-23462-KMM, 2019 U.S. Dist. LEXIS 198109, at *5 (S.D. Fla. June 14, 2019 ("Copyright infringement is a tortious act, and the Florida long-arm statute confers jurisdiction if the effects of the infringement were felt in the state.  Here, it is undisputed that Plaintiff is a resident of Florida, and as such the effects of any alleged copyright infringement would be felt in Florida."); Venus Fashion, Inc. v. Changchun Chengji Tech. Co., No. 16-61752-CIV-DIMITROULEAS/S, 2016 U.S. Dist. LEXIS 194263, at *6-7 (S.D. Fla. Nov. 2, 2016) ("In cases involving online intellectual property infringement, the posting of an infringing item on a website may cause injury and occur in Florida by virtue of the website's accessibility in Florida, regardless of where the offensive material was posted.") (collecting cases).

PreparedFoods_000093

Corson v. Gregory Charles Interiors, LLC, No. 9:19-cv-81445, 2020 U.S. Dist. LEXIS 142932, at *5-7 (S.D. Fla. Aug. 7, 2020) is instructive with respect to your evaluation of the foregoing settlement demand.  I encourage you to read the below-quoted text from that case:

> Corson believes that the scarcity of this work should also be considered in this Court's evaluation. Corson employed several techniques that she perfected over her career including: "professional strobe lighting to give the photos a polished, yet natural look. Most images were shot on a tripod with custom lighting setups that [Corson's] years of experience shooting homes and interiors has allowed [her] to execute with precision and speed. Selecting the proper lenses and aligning the camera properly is crucial to high-end architectural photography." ECF No. [12-2] at 3. Corson "then spent 2 working days processing the approximately 400 photographs using [her] proprietary adjustments to color, contract, levels, etc.; selected [her] favorites; made individual adjustments to those 92 files; then submitted them along with dozens of video clips to [her] editor." *Id.* ***The Court finds Corson's request for a scarcity multiplier of four is appropriate to reflect the fair market value of Corson's Work. See Affordable Aerial Photography, Inc. v. VisitWPB.Com, Inc., No. 17-CV-81306-BB, 2018 U.S. Dist. LEXIS 227389, 2018 WL 6519104, at *2 (S.D. Fla. April 23, 2018) (J. Bloom) (applying a scarcity multiplier of six to an infringed work of photography)***; *Leonard v. Stemtech Int'l, Inc.*, 834 F.3d 376, 394 (3d Cir. 2016) (affirming a jury verdict of $1.6 million where the sum included a multiplier of three to five times the benchmark because of the scarcity factor of a stem cell image). Therefore, Corson's actual damages are $19,200.00 (the licensing fee over two years times a scarcity multiplier of four).
>
> Corson seeks statutory damages as a result of GCI's willful infringement upon the Work. Willful infringement occurs when the Defendant acts "with 'actual knowledge or reckless disregard for whether its conduct infringed upon the plaintiff's copyright.'" *Arista Records, Inc. v. Beker Enterprises, Inc.*, 298 F. Supp. 2d 1310, 1313 (S.D. Fla. 2003) (J. Cohn) (citing *Original Appalachian Artworks, Inc. v. J.F. Reichert, Inc.*, 658 F. Supp. 458, 464 (E.D.Pa.1987)). Here, Corson sent GCI two notices of its infringement prior to the date this suit was filed. Corson's notice letters, dated April 29, 2019 and June 14, 2019, received no response from GCI. Further, GCI received notice of its infringement when it was served the Complaint in this action. [*7] ECF No. [1]. ***Notwithstanding prior instances of notice, "this Court may infer that Defendant willfully infringed Plaintiffs' copyrights because of Defendants' default."*** *Arista Records, Inc.*, 298 F. Supp. 2d at 1313 (internal citations omitted). I find that GCI's infringing conduct was willful. ***Accordingly, Corson***

PreparedFoods_000094

*is entitled to a tripling of her actual damages of $19,200.00. See Affordable Aerial Photography, Inc., 2018 U.S. Dist. LEXIS 227389, 2018 WL 6519104, at \*2 (finding Defendant's willful infringement entitled the Plaintiff to a trebling of its actual damages)*; *Major Bob Music v. Stubbs*, 851 F. Supp. 475, 481 (S.D. Ga. 1994) (plaintiffs' request of statutory damages of an amount approximately three times what the defendant would have paid to be licensed "is a modest, just and appropriate award under section 504(c)(1)"). ***I thus recommended awarding Corson $57,600.00 in statutory damages.***

As stated above, the facts and circumstances of each case are different. However, using <u>Corson</u> as an example, please keep in mind that our client exclusively operates on a subscription basis. This means that access to one (1) photograph costs the same as access to the entire library of photographs. Our client makes its library available for $999.00 per month (https://preparedfoodphotos.com/featured-subscriptions/) with a minimum subscription of twelve (12) months https://preparedfoodphotos.com/terms.of.use.php. Thus, irrespective of how long you utilized the subject photograph, the ***minimum*** license fee that would have been owed is $11,988.00 ($999.00 x 12 months).

Given the unique nature of our client's work, we believe a scarcity multiplier of 3x – 6x is appropriate, resulting in actual damages of $35,964.00 - $71,928.00 (***for each annualized licensing period***). If the infringement is found to be willful, those actual damages would then be trebled (in formulating a statutory damages award) to $107,892.00 - $150,000.00 (the maximum allowed for willful statutory damages) (without taking into account any award of costs or prevailing party attorneys' fees).

Further, you should provide a copy of this letter to your general liability insurance carrier (if one exists), notify them of our client's demand, disclose the identity of such insurer to us, and provide a copy of the subject insurance policy to us. If you believe we are mistaken as to the allegations of copyright infringement made herein, then we encourage you to provide us with copies of any license or other evidence supporting your authorized use of the subject work(s).

Finally, while removing the unlicensed photograph(s) from commercial display is required, please understand that ***removal alone is insufficient to end this matter***. If your use of the subject photograph is unauthorized, you must contact us to arrange and/or negotiate a payment for your past use. Otherwise, a lawsuit ***will*** be filed and our client ***will*** pursue the above-described damages against you.

You should give this matter your immediate attention.

Very truly yours,                                        Very truly yours,

PreparedFoods_000095

Daniel DeSouza, Esq.
Shareholder – For the Firm

James D'Loughy, Esq.
Shareholder – For the Firm

Encl.

PreparedFoods_000096

# Exhibit "A"

PreparedFoods_000097

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-022-602

**Effective Date of Registration:**
November 18, 2016

## Title
_____

**Title of Work:** ADLIFE-COLLECTION-111616

**Previous or Alternate Title:** Group registration of photos published 01-09-1994 through 12-05-1994; about 220 photos total.

**Content Title:** AntipastoPlatterHR0505, 05-24-1994;
ArtisanalBreadsHR0508, 11-23-1994;
BirthdayCakeHR0405, 08-12-1994;
BirthdaySheetCakeHR0611, 03-23-1994;

BoneInBarbecureRibsHR0612, 10-20-1994;
BuffaloChickenWingsHR0606, 08-21-1994;
BuffaloWingsHR0602, 04-23-1994;
CalzoneHR0402, 10-14-1994;

CauliflowerBroccoliHR0609, 06-11-1994;
ChickenCeasarWrapsHR0605, 07-21-1994;
BeefEyeRoundRoast010, 08-05-1994;
ChickenPiecesHR0612, 08-27-1994;

ClementinesHR0408, 07-05-1994;
ClubSandwichHR0604, 09-05-1994;
CranberrySauceHR0506, 09-05-1994;
CroissantRollsHR0404, 05-17-1994;

FootballLayerCakeHR0608, 01-13-1994;
FootballSheetCakeHR0608, 05-08-1994;
FreshBasilHR0501, 12-05-1994;
FriedChickenHR0508, 03-05-1994;

FriedMozzarellaSticksHR0502, 06-12-1994;
FriedPotatoSkins0404, 03-09-1994;
FruitBasketHR0512, 03-14-1994;
FruitPlateHR0505, 02-24-1994;

GrapefruitHR0610, 11-13-1994;
GreenBellPeppersHR0601, 04-17-1994;
HamburgersOnBunsHR0603, 07-11-1994;
HoneyHam0311, 06-19-1994;

KaiserRollsHR0604, 03-20-1994;
Lobster2HR0609, 09-25-1994;
LobsterHR0512, 05-24-1994;

Page 1 of 7

MacaroniSaladHR0610, 05-15-1994;

MangosHR0612, 07-05-1994;
MeatloafHR0510, 08-21-1994;
MeatloafPastalHR0508, 09-15-1994;
MozzarellaSticksHR0504, 08-25-1994;

OrangesHR0609, 07-27-1994;
PartyPlatterMeatCheeseHR0612, 06-18-1994;
PartyPlatterShrimpHR0612, 08-05-1994;
PeachesHR0503, 05-15-1994;

PizzaHR0608, 01-16-1994;
PorkShoulderCookedHR0601, 07-21-1994;
RibRoastCookedHT0512, 07-05-1994;
RisottoHR0605, 02-17-1994;

RoastBeefSandwichHR0609a, 07-10-1994;
RomaineHeartsHR0604, 07-09-1994;
ShrimpCocktailHR0402, 09-14-1994;
SlicedDeliMeatCheeseHR0611, 08-26-1994;

Soda2HR0605, 08-17-1994;
SpiralHamCookedHR0410a, 05-21-1994;
Strawberries0411, 06-05-1994;
SubmarineSandwichesJR0501, 11-11-1994;

SubmarineSandwichHR0611, 10-22-1994;
VegetableTrayHR0605, 06-11-1994;
VeggiePlatterHR0511, 04-15-1994;
WhiteMushrooms0409a, 06-05-1994;

BeefBottomRoundRoast001, 12-05-1994;
BeefBottomRoundRoast002, 08-20-1994;
BeefBottomRoundRoast003, 01-09-1994;
BeefBottomRoundRoast004, 08-20-1994;

BeefBottomRoundRoast005, 08-20-1994;
BeefBottomRoundRoast006, 11-23-1994;
BeefBottomRoundRoast007, 04-15-1994;
BeefBottomRoundRoast008, 11-16-1994;

BeefBottomRoundSteak001, 11-05-1994;
BeefBottomRoundSteak002, 08-16-1994;
BeefBottomRoundSteak003, 02-27-1994;
BeefButtRoast001, 08-16-1994;

BeefChuckRoast7Bone001, 08-20-1994;
BeefChuckRoastBnls001, 04-05-1994;
BeefChuckRoastBnls002, 08-20-1994;
BeefChuckRoastBnls003, 10-05-1994;

BeefChuckRoastBnls004, 03-20-1994;
BeefChuckRoastBnls005, 05-22-1994;
BeefChuckRoastBnls006, 04-24-1994;
BeefChuckRoastBnls007, 02-19-1994;



PreparedFoods_000099

BeefChuckRoastBnls008, 10-09-1994;
BeefChuckRoastBnls009, 04-24-1994;
BeefChuckRoastBnls010, 09-18-1994;
BeefChuckRoastBnls011, 06-05-1994;

BeefChuckRoastBnls012, 01-11-1994;
BeefChuckRoastBnls013, 07-23-1994;
BeefChuckRollSteak001, 05-08-1994;
BeefChuckSteak7Bone001, 08-26-1994;
BeefChuckSteak7Bone002, 08-20-1994;
BeefChuckSteak7Bone003, 06-05-1994;

BeefChuckSteakBnIn001, 08-20-1994;
BeefChuckSteakBnls001, 08-20-1994;
BeefChuckSteakBnls002, 08-20-1994;
BeefChuckSteakBnls003, 02-16-1994;
BeefChuckSteakBnls004, 03-20-1994;

BeefChuckSteakBnls005, 05-05-1994;
BeefChuckSteakBnls006, 02-26-1994;
BeefChuckSteakBnls007, 12-05-1994;
BeefChuckSteakBnls008, 02-27-1994;

BeefChuckSteakTip001, 11-22-1994;

BeefChuckSteakTip002, 11-22-1994;
BeefCowFeet001, 07-23-1994;
BeefCowFeet002, 05-05-1994;
BeefCowFeet003, 02-05-1994;
BeefCowFeet004, 02-05-1994;
BeefCubeSteak001, 08-16-1994;
BeefCubeSteak002, 08-16-1994;
BeefCubeSteak003, 08-16-1994;

BeefCubeSteak004, 09-10-1994;
BeefCubeSteak005 04-24-1994;
BeefCubeSteak006, 05-05-1994;
BeefCubeSteak007, 12-05-1994;

BeefCubeSteak008, 04-24-1994;
BeefCubeSteak009, 11-16-1994;
BeefCubeSteak010, 11-16-1994;
BeefCubeSteakPan001, 09-25-1994;
BeefEyeRoundRoast001, 08-16-1994;
BeefEyeRoundRoast002, 08-16-1994;

BeefEyeRoundRoast003, 08-16-1994;
BeefEyeRoundRoast004, 08-16-1994;
BeefEyeRoundRoast005, 08-16-1994;
BeefEyeRoundRoast006, 09-16-1994;

BeefEyeRoundRoast007, 08-16-1994;
BeefEyeRoundRoast008, 10-20-1994;
BeefEyeRoundRoast009, 11-05-1994;
BeefRumpBackRoast001, 08-20-1994;
BeefRumpRoast001, 08-20-1994;

BeefRumpRoast002, 05-05-1984;

BeefRumpRoast003, 04-05-1994;
BeefRumpRoast004, 08-24-1994;
BeefRumpRoast005, 08-24-1994;
BeefSpoonAngusRoast001, 08-20-1994;
BeefSpoonRoast001, 09-05-1994;
BladeSteak001, 09-05-1994;
BladSteak002, 02-27-1994;
BladSteak003, 02-27-1994;

BladSteak004, 02-27-1994;
BladSteak005, 02-27-1994;
CornedBeefBrisket001, 03-05-1994;
CornedBeefBrisket002, 10-05-1994;

CornedBeefBrisket003, 10-11-1994;
CornedBeefBrisketFlat001, 08-25-1994;
CornedBeefBrisketFlat002, 09-05-1994;
CornedBeefBrisketFlat003, 09-05-1994;
CornedBeefBrisketFlat004, 09-05-1994;

RollWheatBasket001, 07-24-1994;
CORNEDBEEFBRISKETFLAT005, 09-05-1994;
CornedBeefBrisketFlat006, 05-15-1994;
CornedBeefBrisketFlat007, 02-27-1994;
CornedBeefBrisketFlat008, 03-25-1994;

CornedBeefBrisketPoint001, 09-05-1994;
PiePineapple005, 08-05-1994;
PiePumpkin002, 08-05-1994;
PiePumpkin003, 08-05-1994;
PiePumpkin004, 08-05-1994;
PiePumpkin005, 08-05-1994;

PiePumpkin006, 08-05-1994;
PiePumpkin007, 09-05-1994;
PiePumpkin008, 11-09-1994;
PiePumpkin009, 08-05-1994;

PiePumpkin010, 09-25-1994;
PiePumpkin011, 07-15-1994;
PiePumpkin012, 03-25-1994;
PiePumpkin013, 08-05-1994;

PiePumpkinSlice001, 01-15-1994;
PiePumpkinSlice002, 01-15-1994;
PiePumpkinWhole001, 11-16-1994;
PieRaspberry002, 08-05-1994;

PieStrawberry001, 05-05-1994;
PieStrawberry002, 08-05-1994;
PieStrawberry005, 08-05-1994;
PieStrawberrySlice001, 11-16-1994;

PieSweetPotato001, 11-15-1994;
PieVanillaCream001, 08-05-1994;
RollAsst001, 11-27-1994;
RollAsstBasket001, 08-05-1994;
RollAsstBasket002, 08-05-1994;

PreparedFoods_000101

RollAsstBasket003, 08-05-1994;
RollAsstBasket004, 08-05-1994;
RollAsstBasket005, 02-12-1994;
RollAsstBasket006, 07-05-1994;

RollButtermilkBiscuits001, 12-05-1994;
RollButtermilkBiscuits002, 08-05-1994;
RollCiabatta001, 07-16-1994;
RollCiabattaBasket001, 07-14-1994;
RollClub001, 08-05-1994;

RollClubBasket002, 03-18-1994;
RollDinner001, 11-05-1994;
RollDinner002, 08-05-1994;
RollDinner003, 01-13-1994;
RollDinnerBasket001, 08-05-1994;

RollDinnerBasket002, 08-05-1994;
RollDinnerBasket003, 08-05-1994;
RollDinnerBasket004, 11-21-1994;
RollDinnerBasket005, 03-25-1994;

RollDinnerBasket006, 07-10-1994;
RollDinnerBasekt007, 06-27-1994;
RollDinnerBasket008, 04-05-1994;
RollEggTwist001, 08-05-1994;
RollEggTwist002, 08-05-1994;

RollEggTwistBasket001, 11-05-1994;
RollEggTwistBasket002, 08-05-1994;
RollEggTwistBasket003, 03-11-1994;
RollFinger001, 08-05-1994;

RollFingerBasket001, 08-05-1994;
RollFingerBasket002, 08-05-1994;
RollFingerBasket003, 08-05-1994;
RollFingerBasket004, 08-05-1994;
RollFrenchBasket001, 05-14-1994;

RollGrinder001, 08-05-1994;
RollGrinderBasket001, 08-05-1994;
RollGrinderBasket002, 08-05-1994;
RollGrinderBasket003, 04-05-1994;

RollHamburger001, 06-26-1994;
RollHamburgerBasket001, 08-05-1994;
RollHamburgerBasket002, 08-05-1994;
RollHamburgerBasket003, 06-12-1994;

RollHamburgerHotdog003, 07-13-1994;
RollHamburgerHotdog004, 07-13-1994;
RollHotDog001, 07-05-1994;
RollHotDogBasket001, 08-05-1994;
RollHotDogBasket002, 08-05-1994;

RollItalian001, 08-05-1994;
RollItalian002, 02-05-1994;
RollItalian003, 01-21-1994;

PreparedFoods_000102

RollItalianBasket001, 04-05-1994;
RollItalianBasket002, 08-05-1994;

RollKaiser001, 08-05-1994;
RollKaiser002, 05-15-1994;
RollKaiser003, 08-05-1994;
RollKaiser004, 11-19-1994;
RollKaiserBasket002, 08-05-1994;

RollKaiserBasket003, 08-05-1994;
RollKaiserBasket004, 08-05-1994;
RollMultigrain001, 11-26-1994;
RollOnion001, 08-05-1994;

RollOnion002, 04-22-1994;
RollOnionBasket001, 08-05-1994;
RollPortugese001, 05-05-1994;
RollPortugueseBasket001, 07-05-1994;
RollPortugueseBasket002, 06-11-1994;
RollPretzel001, 07-05-1994;

RollPretzel002, 07-05-1994;
RollScaliBasket001, 04-05-1994;
RollSesame001, 11-05-1994;
RollSnowflake001, 08-05-1994;

RollSnowflakeBasket001, 08-05-1994;
RollSteak001, 07-14-1994;
RollSub001, 08-05-1994;
RollSubBasket001, 08-05-1994;

RollTorpedo001, 05-20-1994;
RollTorpedoBasket001, 05-15-1994;
RollVienna001, 08-05-1994;
RollWheat002, 07-24-1994.

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1994 |
| Date of 1st Publication: | January 09, 1994 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| • Author: | Adlife Marketing & Communications Co., Inc, Employer-for-Hire of Joel Albrizio |
| Author Created: | photograph |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Adlife Marketing & Communications Co., Inc.<br>38 CHURCH ST, PAWTUCKET, RI, 02860-3906, United States |

PreparedFoods_000103

## Rights and Permissions

Organization Name: SHORES & OLIVER, PC
Name: Milton M. Oliver. Esq.
Email: milton.oliver@shoresoliver.com
Telephone: (774)521-3058
Alt. Telephone: (781)910-9664
Address: PO BOX 790
COTUIT, MA 02635-0790 United States

## Certification

Name: MiLTON M. OLIVER, Esq.
Date: November 18, 2016
Applicant's Tracking Number: 873-057-322

PreparedFoods_000104

# Exhibit "B"

PreparedFoods_000105

Page 1
Boneless Chuck Roast (3 sizes available) | Dry Lakes Ranch Beef
https://www.drylakesranchbeef.com/product-page/boneless-chuck-roast



Captured by FireShot Pro: 26 January 2022, 15:54:30
https://getfireshot.com

PreparedFoods_000106

Page 2
Boneless Chuck Roast (3 sizes available) | Dry Lakes Ranch Beef
https://www.drylakesranchbeef.com/product-page/boneless-chuck-roast



Captured by FireShot Pro: 26 January 2022, 15:54:30
https://getfireshot.com

PreparedFoods_000107