THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

Case No. 1:23-cv-00111-HCN-DAO

JENNIFER GREGORY d/b/a VEGAS FOOD
AND FUN,

    Plaintiff,

v.

PREPARED FOOD PHOTOS, INC., f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jennifer Gregory d/b/a Vegas Food and Fun ("Plaintiff") and defendant Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Defendant") (collectively, the "Parties"), hereby give notice that the Parties have reached a settlement that fully resolves this lawsuit. The Parties have finalized a written settlement agreement and anticipate filing a stipulation of dismissal with prejudice within the next 45 days.

Dated: February 13, 2025.

| | |
|---|---|
| BATEMAN IP<br>299 South Main Street, Suite 1300<br>Salt Lake City, UT 84111<br>(801)533-0320<br>Email: rbb@batemanip.com | MITCHELL BARLOW<br>& MANSFIELD, P.C.<br>Robert E. Mansfield (6272)<br>Megan E. Garrett (11650)<br>Nine Exchange Place, Suite 600<br>Salt Lake City, Utah 84111<br>Telephone: (801) 998-8888<br>Facsimile: (801) 998-8077<br>Email: RMansfield@mbmlawyers.com<br>MGarrett@mbmlawyers.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| By: */s/ Randall B. Bateman*<br>   Randall B. Bateman, Esq. | By: */s/ Robert E. Mansfield*<br>   Robert E. Mansfield, Esq.<br>   Megan E. Garrett, Esq. |

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ *Robert E. Mansfield*  
Robert E. Mansfield, Esq.